

Anemones 1, 2 and 3   1/12th scale









Moray Eel   1/12th scale




Clam 1  1/12th scale
Clam 2  1/12th scale
Bigeye 1  1/12th scale
Bigeye 2  1/12th scale





Bigeye 3  1/12th scale

Pleco  1/12th scale







Hammerhead    1/12th scale



Octopus    1/12th scale

Pleco   1/12th scale

Clown Anemone #1   1/12th scale

Ray   1/12th scale

Clown Anemone #2   1/12th scale

Squid #1  1/12th scale

Cuttlefish #1  1/12th scale

Cuttlefish #2  1/12th scale

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____   VAU _____
Effective Date of Registration

Application Received

Examined By

Deposit Received
One _____   Two _____

Correspondence ☐   Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**Title of This Work:** SEA GLASS GROUP (#2)

Alternative title or title of larger work in which this work was published:

**Name and Address of Author and Owner of the Copyright:** BARBARA BROUGHEL
160 HILLSPOINT ROAD
WESTPORT, CT, 06880

**Nationality or domicile:**
**Phone, fax, and email:** Phone (212) 353-3770   Fax (203) 682-4556
Email broughel@earthlink.net

**Year of Creation:** '04 - '06

**If work has been published, Date and Nation of Publication:**
a. Date _____ Month _____ Day _____ Year _____ (Month, day, and year all required)
b. Nation _____

**Type of Authorship in This Work:**
Check all that this author created.
☒ 3-Dimensional sculpture   ☐ Photograph   ☐ Map
☐ 2-Dimensional artwork     ☐ Jewelry design   ☐ Text
☐ Technical drawing

**Signature:**
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☒ Author   ☐ Authorized agent
X _Barbara Broughel_

Registration cannot be completed without a signature.

**Name and Address of Person to Contact for Rights and Permissions:**
**Phone, fax, and email:**
☐ Check here if same as #2 above
Phone ( )   Fax ( )
Email

Certificate will be mailed in window envelope to this address:
Name ▼ BARBARA BROUGHEL
Number/Street/Apt ▼ 160 HILLSPOINT ROAD
City/State/ZIP ▼ WESTPORT, CT 06880

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

Deposit Account # _____
Name _____

DO NOT WRITE HERE   Page 1 of ___ pages

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Short   Rev. 07/2006   Print: 07/2006—30,000   Printed on recycled paper



Sea Glass Carousel Day/Night views
© Barbara Broughel

Elongated interior spiral with hanging chandelier elements and Flatlite flooring
Portholes formed by smartglass cutouts or exterior enclosure

## Sea Glass Chandelier







Goble 1/12th scale



Orca 1/12th scale






BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 10023
(212) 873-6200 (phone)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA BROUGHEL

            Plaintiff,

v.

THE BATTERY CONSERVANCY,
AND WARRIE PRICE

            Defendants.

---

# COMPLAINT
## JURY TRIAL DEMANDED

THE HOFFMAN LAW FIRM
Attorney for Plaintiff
330 West 72nd Street
New York, NY 10023
(212) 873-6200

To:   Dr. Aziz Kurtha
       Kurtha & Company
       Emirates Towers, Level 41
       Sheikh Zayed Road
       P.O. Box 120617
       Dubai, United Arab Emirates