UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA BROUGHEL,

           Plaintiff,

Vs

THE BATTERY CONVERSANCY AND WARRIE PRICE

           Defendants.

Case No.
07 Civ. 7755

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On September 5, 2007 at 2:02 p.m. at One New York Plaza, New York, NY 10004, I served the within SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, 3RD AMENDED INSTRUCTIONS FOR ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING and GUILDLINES FOR ELECTRONIC CAS FILING on THE BATTERY CONSERVANCY, defendant therein named, by delivering a true copy of same to STEVE LAGERSTROM, Operation Manager and designated agent.

The person served is a white male, brown hair, 20-30 years old, 5'5"-5'9" in height, 155-165 pounds.

           _Julio Delara_
           Julio Delara
           License No. 991178

Sworn to before me this
5th day of September 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20 10

LegalEase, Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070  •  800-393-1277  •  Fax: 212-393-9796

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA BROUGHEL,

                Plaintiff,

Vs

THE BATTERY CONVERSANCY AND WARRIE PRICE

                Defendants.

Case No.
07 Civ. 7755

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On September 5, 2007 at 2:02 p.m. at One New York Plaza, New York, NY 10004, I served the within SUMMONS, COMPLAINT, INDIVIDUAL PRACTICES OF JUDGE GEORGE B. DANIELS, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK, 3RD AMENDED INSTRUCTIONS FOR ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING and GUILDLINES FOR ELECTRONIC CAS FILING on WARRIE PRICE, defendant therein named, by delivering a true copy of same to STEVE LAGERSTROM, a person of suitable age and discretion at the defendant's place of business.

On September 5, 2007, I mailed a copy of the above documents to the defendant c/o The Battery Conservancy at One New York Plaza, New York, NY 10004, her actual place of business, by enclosing it in an envelope, postage prepaid, and depositing it in an official depository under the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address of otherwise, that the communication was from an attorney or concerned an action against the defendant.

The person served is a white male, brown hair, 20-30 years old, 5'5"-5'9" in height, 155-165 pounds.

                                              Julio Delara
                                              License No. 991178

Sworn to before me this
5th day of September 2007

NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796

**LegalEase Inc.**