Margaret K. Pfeiffer (MP4552)
Rita M. Carrier (RC3847)
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330

*Attorneys for Defendants/Counterclaimants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
BARBARA BROUGHEL,                           :   No. 07 Civ. 7755 (GBD)
                                            :   ECF Case
         Plaintiff,                         :
                                            :   Rule 7.1 Statement of
      v.                                    :   Defendant The
                                            :   Battery Conservancy
                                            :
THE BATTERY CONSERVANCY                     :
AND WARRIE PRICE,                           :
         Defendants.                        :
------------------------------------------------------------ x

      Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant The Battery Conservancy (the "Conservancy"), a private non-governmental party, certifies that the Conservancy is a 501(c)(3) not-for-profit educational corporation and has no corporate parents, affiliates, or subsidiaries.

Date: September 25, 2007

                                                  */s/ Rita M. Carrier*
                                                  Rita M. Carrier

                                                  Attorney Bar Code: RC3847