Case 1:07-cv-07755-GBD   Document 7   Filed 09/25/2007   Page 1 of 2

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 Civ. 7755 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Battery Conservancy and Warrie Price, Defendants.

I certify that I am admitted to practice in this court.

| 9/25/2007 | *Rita M. Carrier* |
|---|---|
| Date | Signature |

| Rita M. Carrier | RC3847 |
|---|---|
| Print Name | Bar Number |

1701 Pennsylvania Avenue, N.W.
Address

| Washington, | D.C. | 20006 |
|---|---|---|
| City | State | Zip Code |

| (202) 956-7685 | (202) 293-6330 |
|---|---|
| Phone Number | Fax Number |