AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF New York

Broughel

v.

The Battery Conservancy,
Warrie Price

**APPEARANCE**

Case Number: 07cv 7755 (9BD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Defendants
The Battery Conservancy and Warrie Price

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/16/2007 | *[signature]* |
| Date | Signature |
| | Margaret K. Pfeiffer — MP4552 |
| | Print Name — Bar Number |
| | 1701 Pennsylvania Avenue, NW |
| | Address |
| | Washington, DC 2006 |
| | City — State — Zip Code |
| | (202) 956-7540 — (202) 293-6330 |
| | Phone Number — Fax Number |