AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK

Broughel,
    Plaintiff,
    v.
The Battery Conservancy and
    Warrie Price,
    Defendants.

**APPEARANCE**

Case Number:  07 Civ. 7755 (GBD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Battery Conservancy and Warrie Price, Defendants.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/14/2007 | /s/ Susan Kaufmann Nash |
| Date | Signature |
| | Susan Kaufmann Nash     SN1123 |
| | Print Name     Bar Number |
| | 1701 Pennsylvania Avenue, N.W. |
| | Address |
| | Washington,    DC    20006 |
| | City    State    Zip Code |
| | (202) 956-6970    (202) 293-6330 |
| | Phone Number    Fax Number |