EXHIBIT A
1 & 2

# Sea Glass
## The Carousel at the Battery



007 Tele Atlas - Terms of Use

Battery Park
STATUS: Design
COMPLETED: 2008
SIZE: Unkown
# COMMENTS: 5

Weisz + Yoes
Local Projects
Battery Conservancy

**ARTICLES**

Carousel links Battery Park, Coney Island, Rockaways
Metro 02/21/2007

Ferry Will Speed To Coney Island From the Battery
New York Sun 01/11/2007

Aquarium Gone
Time 10/06/1941

**DOCUMENTS**

Tiffany & Co. Press Release
06/19/2007
The Tiffany & Co. Foundation Announces Grants Totalling $3 Million for the Greening of Lower Manhattan

**EXTERNAL LINKS**

http://www.thebattery.org
The Battery Carousel Offical Website

**VIDEOS**

Carousel Fly-through
Prepared by Local Projects and Weisz + Yoes

Battery Carousel Rendering
Longer Fly-Through

  

Featured [3]  Historic Images [2]  Models [1]  Renderings [5]

[3/3] Rendering of the Battery Carousel +Constant

[5/5] As children ride the phosphorescent glowing sea creatures, they will be enchanted by video projections on the structural

VIEW FULL-SCREEN

The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with Weisz + Yoes Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

### The Battery's Aquarium History

The New York Aquarium at the Castle was one of the nation's earliest public aquariums welcoming 2.5 million visitors annually. Until its closing in 1941, the Aquarium was a vital educational and scientific center. The proposed Carousel will not only entertain visitors, but inspire and educate... ✱ more

### Credits

Architects
Weisz + Yoes
Media Design
Local Projects
Artist
Barbara Broughel
Graphic Design
Doyle Partners
Conductor and Composer
George Steel

### What Do You Think?



"I love carousels, and so do my kids!"
Downtown | 04-12-2007

+ Post Your Comments



"These projections look incredible!!"
New York
04-12-2007 | Report profanity

"What a whimsical project! I think this will be a major tourist draw in Battery Park. I love how the exterior resembles a shell."
East Village
04-16-2007 | Report profanity

✱ Read More

+ Post Your Comments

*Exhibit A(1) original web credit now available only on AIA website Exhibit A*

© 2007 The Public Information Exchange (PIE) is a sesquicentennial initiative of the New York Chapter of the American Institute of Architects.
PIE is made possible with the generous support of The City Council of New York, The Center for Architecture Foundation, The Carnegie Corporation, The Graham Foundation for Advanced Studies in Fine Arts, and The National Endowment for the Arts. Powered by Ruby

## SeaGlass : The Carousel at The Battery

[ See what's new ]



courtesy of **Weisz + Yoes**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

Exhibit A, without credit

http://www.thebattery.org/rebuilding/carousel/    11/10/2007



Enjoy the video soundtrack featuring an excerpt from *Daphnis et Chloé*, Maurice Ravel's one act ballet from 1912.

[ to download the movie, right-click here and select save as ]

Credits:

weisz + yoes : Architects

Local Projects : Media Designer

Doyle Partners : Graphic Design

George Steel : Conductor and Composer

video and images courtesy of Local Projects

EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER: **VAu 737-068**

VA / VAU

Effective Date of Registration: 3 / 22 / 07

Application Received: MAR 22 2007

Examined By: 511

Deposit Received: MAR 22 2007  Two

Correspondence: ☐
Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**1. Title of This Work:** SEA GLASS GROUP

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:** BARBARA BROUGHEL
160 HILLSPOINT ROAD
WESTPORT, CT 06880

Nationality or domicile:
Phone, fax, and email: Phone (212) 353-3770   Fax (203) 682-4556
Email: broughel@earthlink.net

**3. Year of Creation:** '04 – '06

**4. If work has been published, Date and Nation of Publication:**
a. Date _____ Month _____ Day _____ Year (Month, day, and year all required)
b. Nation

**5. Type of Authorship in This Work. Check all that this author created.**
☑ 3-Dimensional sculpture   ☐ Photograph   ☐ Map
☐ 2-Dimensional artwork     ☐ Jewelry design   ☐ Text
☐ Technical drawing

**6. Signature:** Registration cannot be completed without a signature.

I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☑ Author   ☐ Authorized agent
x *Barbara Broughel*

**7. Name and Address of Person to Contact for Rights and Permissions:**
☑ Check here if same as #2 above.
Phone ( )   Fax ( )
Email

**8. Certificate will be mailed in window envelope to this address:**
Name: BARBARA BROUGHEL
Number/Street/Apt: 160 HILLSPOINT ROAD
City/State/ZIP: WESTPORT, CT 06880

**9.** Deposit Account #____
Name ____

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

DO NOT WRITE HERE   Page 1 of ____ pages

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Sea Glass group
Day/Night Studies

 

 

 

 

 



Sea Glass group
lighted Trigger Fish

Sea Glass group

measurements (1/12th scale)



Sea Glass group