Sea Glass group



Seahorse
1/12th scale



Anemones 1, 2 and 3   1/12th scale






Tang 1  1/12th scale

Tang 2  1/12th scale

Trigger 1  1/12th scale

Trigger 2  1/12th scale




Moray Eel 1/12th scale

Clam 1    1/12th scale

Clam 2    1/12th scale

Bigeye 1    1/12th scale

Bigeye 2    1/12th scale



Bigeye 3   1/12th scale



Pleco   1/12th scale

Case 1:07-cv-07755-GBD    Document 13-3    Filed 11/20/2007    Page 9 of 15



Crab #1  1/12th scale
Crab #2  1/12th scale
Mandarin #1  1/12th scale
Mandarin #2  1/12th scale







Hammerhead    1/12th scale




Octopus    1/12th scale

Pleco   1/12th scale

Clown Anemone #1   1/12th scale

Ray   1/12th scale

Clown Anemone #2   1/12th scale

Squid #1  1/12th scale

Cuttlefish #1  1/12th scale

Cuttlefish #2  1/12th scale



# Short Form VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA          VAU
Effective Date of Registration

_____

Application Received
_____

Examined By

Deposit Received
One          Two

Correspondence ☐    Fee Received

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**Title of This Work:** SEA GLASS GROUP (#2)

**Alternative title or title of larger work in which this work was published:**

**Name and Address of Author and Owner of the Copyright:** BARBARA BROUGHEL
160 HILLSPOINT ROAD
WESTPORT, CT, 06880

**Nationality or domicile:**
**Phone, fax, and email:** Phone ( 212 ) 353-3770   Fax ( 203 ) 683-4556
Email broughel@earthlink.net

**Year of Creation:** '04 - '06

**If work has been published, Date and Nation of Publication:**
a. Date _____ Month _____ Day _____ Year _____ (Month, day, and year all required)
b. Nation

**Type of Authorship in This Work:** Check all that this author created.
☒ 3-Dimensional sculpture     ☐ Photograph     ☐ Map
☐ 2-Dimensional artwork       ☐ Jewelry design  ☐ Text
☐ Technical drawing

**Signature:** I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☒ Author   ☐ Authorized agent
X _Barbara Broughel_

Registration cannot be completed without a signature.

**Name and Address of Person to Contact for Rights and Permissions:**
☐ Check here if same as #2 above.
Phone ( )     Fax ( )
Phone, fax, and email:
Email

---

Certificate will be mailed in window envelope to this address:

Name ▼ BARBARA BROUGHEL
Number/Street/Apt ▼ 160 HILLSPOINT ROAD
City/State/ZIP ▼ WESTPORT, CT 06880

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

Deposit Account # _____
Name _____

DO NOT WRITE HERE    Page 1 of ___ pages

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Short   Rev: 07/2006   Print: 07/2006—30,000   Printed on recycled paper             U.S. Government Printing Office: 2005-320-958/60,126

Sea Glass Carousel  Day/Night views
© Barbara Broughel

Elongated interior spiral with hanging chandelier elements and Flatlite flooring
Portholes formed by smartglass cutouts or exterior enclosure

day

night