UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA BROUGHEL,

                              Plaintiff,

    -against-

THE BATTERY CONSERVANCY, et al.,

                              Defendants.

Case No.
07cv7755

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On November 21, 2007 at 12:55 p.m. at 224 Centre Street, New York, NY 10013, I served the within AMENDED SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT on CLAIRE WEISZ dba WEISZ & YOES, witness therein named, by delivering a true copy of same to MARK YOES, (partner) and a person of suitable age and discretion.

The person served is a white male, snowy white hair, 60-70 years old, 5'7"-5'10", 210-220 pounds.

                                                    _/s/ Julio Delara_
                                                    Julio Delara
                                                    License No. 991178

Sworn to before me this
21st day of November 2007

_/s/ Bruce Lazarus_
NOTARY PUBLIC

BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
No. 4990593
Qualified in Westchester County
My Commission Expires January 13, 20_10_



139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796