UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA BROUGHEL,

                    Plaintiff,

-against-

THE BATTERY CONSERVANCY, et al.,

                    Defendants.

Case No. 07cv7755

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Julio Delara, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at New York, NY:

On December 12, 2007 at 2:00 p.m. at 1 New York Plaza, Concourse, New York, NY 10004, I served the within FIRST AMENDED COMPLAINT on THE BATTERY CONSERVANCY, defendant therein named, by delivering a true copy of same to AARON LEVITT, designated agent.

The person served is a white male, brown hair, 27-37 years old, 5'6"-5'8", 160-170 pounds.

                                                  *Julio Delara*
                                                  Julio Delara
                                                  License No. 991178

Sworn to before me this
12th day of December, 2007

*[signature]*
NOTARY PUBLIC

    BRUCE LAZARUS
NOTARY PUBLIC-STATE OF NEW YORK
     No. 4990593
  Qualified in Westchester County
My Commission Expires January 13, 2010

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796