EXHIBIT A
1 & 2

THE PUBLIC INFORMATION EXCHANGE | FEATURED PROJECTS | BROWSE PROJECTS | SUBMIT A PROJECT | ABOUT PIE

# Sea Glass
## The Carousel at the Battery



Battery Park
STATUS: Design
COMPLETED: 2008
SIZE: Unkown
# COMMENTS: 5

Weisz + Yoes
Local Projects
Battery Conservancy





Featured [3]   Historic Images [2]   Models [1]   Renderings [5]

[3/3] Rendering of the Battery Carousel + Constant

[5/7] As children ride the phosphorescent glowing sea creatures, they will be enchanted by video projections on the structural.

VIEW FULL-SCREEN

### ARTICLES

Carousel links Battery Park, Coney Island, Rockaways
Metro 02/21/2007

Ferry Will Speed To Coney Island From the Battery
New York Sun 01/11/2007

Aquarium Gone
Time 10/06/1941

### DOCUMENTS

Tiffany & Co. Press Release 06/19/2007
The Tiffany & Co. Foundation Announces Grants Totalling $3 Million for the Greening of Lower Manhattan

### EXTERNAL LINKS

http://www.thebattery.org
The Battery Carousel Offical Website

### VIDEOS

Carousel Fly-through
Prepared by Local Projects and Weisz + Yoes

Battery Carousel Rendering
Longer Fly-Through

---

The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with Weisz + Yoes Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

#### The Battery's Aquarium History

The New York Aquarium at the Castle was one of the nation's earliest public aquariums welcoming 2.5 million visitors annually. Until its closing in 1941, the Aquarium was a vital educational and scientific center. The proposed Carousel will not only entertain visitors, but inspire and educate... more

#### Credits

Architects
Weisz + Yoes
Media Design
Local Projects
Artist
Barbara Broughel
Graphic Design
Doyle Partners
Conductor and Composer
George Steel

---

### What Do You Think?



"I love carousels, and so do my kids!"
Downtown | 04-12-2007

+ Post Your Comments



"These projections look incredible!!"
New York
04-12-2007 | Report profanity

"What a whimsical project! I think this will be a major tourist draw in Battery Park. I love how the exterior resembles a shell."
East Village
04-16-2007 | Report profanity

★ Read More

+ Post Your Comments

Exhibit A(1)
original web credit now available only on AIA website Exhibit A

© 2007 The Public Information Exchange (PIE) is a sesquicentennial initiative of the New York Chapter of the American Institute of Architects.
PIE is made possible with the generous support of The City Council of New York, The Center for Architecture Foundation, The Carnegie Corporation, The Graham Foundation for Advanced Studies in Fine Arts, and The National Endowment for the Arts. Powered by Ruby.

## SeaGlass : The Carousel at The Battery

[ See what's new ]



courtesy of **Weisz + Yoes**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.



Enjoy the video soundtrack featuring an excerpt from *Daphnis et Chloé*, Maurice Ravel's one act ballet from 1912.

[ to download the movie, right-click here and select save as ]

Credits:

weisz + yoes : Architects

Local Projects : Media Designer

Doyle Partners : Graphic Design

George Steel : Conductor and Composer

video and images courtesy of Local Projects