EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VAu 737-068**



VA  VAU

Effective Date of Registration

3  22  07

Application Received
MAR 22 2007

Examined By: 271

Deposit Received
MAR 22 2007  Two

Correspondence ☐    Fee Received

**TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.**

**1. Title of This Work:** SEA GLASS GROUP

Alternative title or title of larger work in which this work was published:

**2. Name and Address of Author and Owner of the Copyright:** BARBARA BROUGHEL
160 HILLSPOINT ROAD
WESTPORT, CT 06880

Nationality or domicile:
Phone, fax, and email:
Phone ( 212 ) 353-3770    Fax ( 203 ) 682-4556
Email broughel@earthlink.net

**3. Year of Creation:** '04 – '06

**4. If work has been published, Date and Nation of Publication:**
a. Date _____ Month _____ Day _____ Year _____ (Month, day, and year all required)
b. Nation _____

**5. Type of Authorship in This Work:** Check all that this author created.
☑ 3-Dimensional sculpture  ☐ Photograph  ☐ Map
☐ 2-Dimensional artwork  ☐ Jewelry design  ☐ Text
☐ Technical drawing

**6. Signature:** Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☑ Author  ☐ Authorized agent
x *Barbara Broughel*

**7. Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email:
☑ Check here if same as #2 above.
Phone ( )    Fax ( )
Email

**8.** Certificate will be mailed in window envelope to this address:
Name ▼ BARBARA BROUGHEL
Number/Street/Apt ▼ 160 HILLSPOINT ROAD
City/State/ZIP ▼ WESTPORT, CT 06880

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

**9.** Deposit Account # _____
Name _____

DO NOT WRITE HERE    Page 1 of ___ pages

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Sea Glass group
Day/Night Studies
















Sea Glass group
lighted Trigger Fish

Sea Glass group

measurements (1/12th scale)



Sea Glass group

Sea Glass group



Seahorse

1/12th scale

Anemones 1, 2 and 3    1/12th scale



Dolphin 1/12th scale



Snail 1/12th scale




