Clam 1    1/12th scale

Clam 2    1/12th scale

Bigeye 1    1/12th scale

Bigeye 2    1/12th scale



Bigeye 3   1/12th scale



Pleco   1/12th scale










Hammerhead   1/12th scale




Octopus   1/12th scale

Pleco   1/12th scale

Clown Anemone #1   1/12th scale

Ray   1/12th scale

Clown Anemone #2   1/12th scale

Squid #1   1/12th scale

Cuttlefish #1   1/12th scale

Cuttlefish #2   1/12th scale



**Short Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA        VAU
Effective Date of Registration

_____

Application Received
_____

Examined By

Deposit Received
One        Two

Correspondence ☐    Fee Received

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

**Title of This Work:** SEA-GLASS GROUP (#2)

**Alternative title or title of larger work in which this work was published:**

**Name and Address of Author and Owner of the Copyright:** BARBARA BROUGHEL
160 HILLSPOINT ROAD
WESTPORT, CT, 06880

**Nationality or domicile:**
**Phone, fax, and email:** Phone (212) 353-3770    Fax (203) 682-4556
Email broughel@earthlink.net

**Year of Creation:** '04 - '06

**If work has been published, Date and Nation of Publication:**
a. Date ____ Month ____ Day ____ Year ____ (Month, day, and year all required)
b. Nation

**Type of Authorship in This Work:**
Check all that this author created.
☑ 3-Dimensional sculpture   ☐ Photograph   ☐ Map
☐ 2-Dimensional artwork     ☐ Jewelry design ☐ Text
☐ Technical drawing

**Signature:**
Registration cannot be completed without a signature.
I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one:
☑ Author  ☐ Authorized agent
X _Barbara Broughel_

**Name and Address of Person to Contact for Rights and Permissions:**
Phone, fax, and email:
☐ Check here if same as #2 above.
Phone (   )
Fax (   )
Email

Certificate will be mailed in window envelope to this address:
Name ▼ BARBARA BROUGHEL
Number/Street/Apt ▼ 160 HILLSPOINT ROAD
City/State/ZIP ▼ WESTPORT, CT 06880

Complete this space only if you currently hold a Deposit Account in the Copyright Office.

Deposit Account # _____
Name _____

DO NOT WRITE HERE    Page 1 of ____ pages

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA-Short  Rev: 07/2006  Print: 07/2006—30,000  Printed on recycled paper

U.S. Government Printing Office: 2005-320-958/60,126

Sea Glass Carousel  Day/Night views
© Barbara Broughel

Elongated interior spiral with hanging chandelier elements and Flatlite flooring
Portholes formed by smartglass cutouts or exterior enclosure

day

night

## Sea Glass Chandelier








Gobie 1/12th scale

Orca 1/12th scale




Nudibranch #1    1/12th scale




Nudibranch #2    1/12th scale





Nudibranch 1