# EXHIBIT 6



# EXHIBIT 7

