UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BARBARA BROUGHEL,

                          Plaintiff,

        -against-

THE BATTERY CONSERVANCY and WARRIE
PRICE. et al.,

                          Defendants.
------------------------------------------------------------------x

<u>ORDER</u>

07 Civ. 07755 (GBD)

GEORGE B. DANIELS, District Judge:

        A conference before this Court is scheduled on Tuesday, March 18, 2008, at 9:30 a.m.

Discovery is stayed until that time.

Dated: New York, New York
       March 5, 2008

SO ORDERED:

*George B. Daniel*

GEORGE B. DANIELS
United States District Judge