# THE HOFFMAN LAW FIRM

330 WEST 72ND STREET

NEW YORK, N.Y. 10023

TELEPHONE: 212 873 6200
FACSIMILE: 212 974 7245

BARBARA T. HOFFMAN
artlaw@mindspring.com
www.hoffmanlawfirm.org

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 7 2008
```

March 14, 2008

*VIA FACSIMILE*

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**

The conference is adjourned to
April 8, 2008 at 9:30 a.m.

*[signature: George B. Daniels]*

**HON. GEORGE B. DANIELS**

MAR 1 7 2008

Re:   Barbara Broughel v. The Battery Conservancy, et al., 1:07-cv-7755

Dear Judge Daniels:

I write on behalf of counsel in the above-captioned matter.

The letter sent to you on March 12, 2008 incorrectly listed counsels' date of preference for the conference as April 1, when it should have been April 8.

Please accept my profound apology to you and other counsel.

Respectfully submitted,

*[signature]*

Barbara Hoffman

s/ dictated but not read.

cc:   Margaret Pfeiffer *(via facsimile)*
      Jarrett M. Behar *(via facsimile)*
      Barbara Broughel *(via email)*