## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Cross-Motion for a Preliminary Injunction, the Motion, the Memorandum of Law, and Declarations of Barbara Broughel, Barbara Hoffman, Frederieke Taylor and the Affidavit of Theodore Berger, have been served on all counsel this 31st day of March, 2008, via ECF.

_Barbara Hoffman_
Barbara Hoffman