# EXHIBIT A

arrie Price
esident

April 5, 2004

Barbara Broughel
160 Hillspoint Road
Westport, CT 06880

Dear Barbara,

On behalf of the Battery Conservancy, I congratulate you on being selected as to be part of the team for the Battery Carousel project. The advisory committee was so impressed with the totality of your proposal and the considerable time, thought and effort that you devoted to us. The five proposals presented offered an excellent range of possibilities, making the final decision extremely difficult.

Your proposal was the most closely inspired by our original concept of "swimming with the fishes". Your approach to the entire setting, the light, sound, as well as the translucent resin figures lit with fiber optics was very convincing. There were a few comments that came up in the committee's discussion.

- Need to think more closely about the choice of sea creature and forms so they are fantastic and wonderful without the effect of the light.
- The addition of the fiber-optic equipment has budgetary and space implications that require further study.
- The idea for film is wonderful, but we're not sure if there will be funds for this element, you may need to think about it in a more streamlined way.

Thank you for coming in immediately on Wednesday to begin discussion with us on the next steps to insure that we have a fabulous display for the Gala on June 7. As we discussed, we'll be following up to develop a firm up the scope of work and schedule for the first design phase and the future project phases.

I look forward to working with you on what promises to be a fantastic project.

Yours sincerely,

*Warrie Price*
Warrie Price

The Battery Conservancy
1 New York Plaza, Concourse, New York, NY 10004  T. 212 344-3491  F. 212 344-3496
www.thebattery.org

**The Aquarium**
Barbara Broughel

Carousel Images:

the overall feeling is one of
- being underwater
- lightness and expansiveness
- joyfulness
- quiet sanctuary
- beauty

Floor and ceiling:
   films:
   - undulating blue pool pattern
   - sand emerging in and out of focus with occasional puffs, disturbances

Center column - film projectors built into the floor, lighting along pillars from above, sand and undulating water from below, and sea creatures from the carousel's floor. Overall feeling - quiet surprises.

   films:
   - sand and pool pattern (running both day and night, when carousel is and is not moving)
   - teeny bubbles rising - in maybe 7 to 11 streams (exactly as in the bottom of a soda)
   - an animal moving at an almost imperceptibly slow speed; a sea cucumber or a snail
   - an animal shimmying into the sand (later in the film, just occasional puffs of sand appearing)
   - a single fish actively fluttering (and sniffing, nosing) around the sand, slowly, peacefully, with no fear whatsoever of a predator
   - a school of small fishes that darts in, then out of focal range

Each film runs for longer than the duration of the ride (3 mins), and each runs for a different period of time from the others, so that they are never synchronized with one another, and so the activities of the creatures are truly random in relation to one another.

I would also love to participate in the making of the film elements. I was a filmmaker for 8 years and have a lot of experience with image and soundtrack work for film.

Soundscape:
- more like a soundtrack than a "song" in the traditional cacophonous sense...
    a composition based on 3 main elements:
    - the ocean wave, to set a rhythm for the overall environment. The wave sound being a universal sound, also identical to the "breath" of Kriya Yoga and "So Hum" of the Tibetans. (A holy and an inherently relaxing sound.)
    - the silvery sound of underwater (if you have ever reposed under the water in a completely undisturbed setting there is a certain silvery sound... almost like cicadas but of a higher pitch and frequency... this is also the sound that meditators hear, and that is said to be the sound of the universe. A universal sound found in both inner and outer space. (A holy and an inherently relaxing sound.)
    - a catchy, relaxing song bite (maybe with a light, tinkling piano sound) which is hip and downtownish (after all, this is New York), but which is also abstract with some great repeated patterns (and backup musicians) following up on themes. (Again, instead of one "song" repeating itself over and over every 3 minutes, the music could wax and wane in a more ambient way with the ongoing movement of the carousel.)

    I think Moby might be an interesting composer from whom to commission a basic theme-bite. I would love to help with the music aspect. (I was a composer out of school and have worked with many interesting composers and musicians over the years.)

Nighttime
    - only the undulating pool pattern and the sand with occasional elisions and puffs are moving images. Again, the theme is quiet and soothing. The carousel figures will be subtly lighted (and have the possibility of moving too, very very slowly)
    - outside screen at night:
        - randomish viewing holes (like portholes or bubbles... perfect circles) in the protective screen/fence, for night viewing into The Aquarium. Make sure hole heights correspond to adults and kids, and that kids can view with adults nearby them. Also holes should be large enough to give a tempting picture-window view in, to attract night viewers.

Materials for the figures
    - polyester resin with silicon rubber saddle
    - fiber-optical lighting
    - museum quality artificial fish eyes