EXHIBIT D

Case 1:07-cv-07755-GBD Document 32-5 Filed 03/31/2008 Page 1 of 2

Barbara Broughel
305 East 8th Street #3F
New York, NY 10009
212 353-3770

3/24/06

INVOICE

for completion of services, research, research production, design and production supervision on design development for the Aquarium Carousel

$20,000

thank you.

---

This invoice, along with a large package of documentation for work I completed on phase I was delivered by hand on 3/24/06 along with 1/4":1' scale floor models.

---

The PRG portion (fabrication) was sent the previous week via fed ex.

---

Altogether they constituted proof that all work on phase I was completed.