Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770

3/24/06

INVOICE

for completion of services, research, research production, design and production supervision on design development for the Aquarium Carousel

$20,000

thank you.

---

This invoice, along with a large package of documentation for work I completed on phase 1 was delivered by hand on 3/24/06 along with 1/4:1' scale floor models.

---

The PRG portion (fabrication) was sent the previous week via fed ex.

---

Altogether they constituted proof that all work on phase 1 was completed.

```
Date: Mon, 13 Feb 2006 18:01:52 -0500
Thread-Topic: Carousel queries
Thread-Index: AcYujB+ZhpKB694DS6Ghz7k13kbHHgCY6C3l
From: "Claire Weisz" <claire@wystudio.com>
To: "Barbara Broughel" <broughel@earthlink.net>
Cc: "Katie Dixon" <katie@wystudio.com>
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=0b; sbw=000;
```

Dear Barbara;

Perhaps we should look at first principles here. In this conceptual phase when it comes to the figures you are master of your own process and definitions. We pursued and verified the issues vis a vis material ratings so that should not be a stumbling block. You have met with Scenic Technologies and they will bring the resin type samples with them on Thursday to present and to determine with you how to move forward. Personally I feel that there are many issues in addition to materiality, scale, form, species groupings that could be explored which is where the suggestions for drawings were coming from, but again it is really yours to determine.

We have a check for you here (we got the Conservancy's check on Friday) how can I get it to you . Mail? Also we will be emailing an agenda for the show/ride presentation to the Conservancy on Thursday tomorrow so be on the lookout for it.

Best,

Claire


-----Original Message-----
From: Barbara Broughel [<mailto:broughel@earthlink.net>mailto:broughel@earthlink.net]
Sent: Sat 2/11/2006 7:50 AM
To: Claire Weisz
Subject: RE: Carousel queries

>Barbara
>It turns out that there was a lot of back and forth over the parameters
>for selecting which resins could be used so Katie held off on your
email.

> But I think you should be explaining what you need, how big

>should the plastic samples be?

WE ALREADY DISCUSSED ALL OF THESE ISSUES AT OUR MEETING LAST MONDAY.
WE WILL START OUT WITH SMALL SAMPLES AND WORK OUR WAY UP TO LARGER
ONES. SAMPLE SIZE WILL BE BASED ALSO, IN PART, ON THE COST OF THE MATERIALS

>Have you given Katie to give to PRG any
>descriptions/photos of the effects you are looking for? Solidity,
>opacity, types of textures, types of embedments?

YES. THEY HAVE DRAWINGS FOR 3 FISH TEXTURES FOR DAY/NIGHT OPACITIES,
AND WE'VE DISCUSSED THESE IDEAS MORE THAN ONCE NOW. FOR ME THE NEXT
LOGICAL STEP IS TO PROCEED WITH SAMPLES. WE ALL AGREED THAT IT'S
PROBABLY NOT THE BEST USE OF OUR TIME TO PURSUE MORE DRAWINGS UNTIL
WE CAN SEE WHAT OUR OPTIONS ARE THROUGH PHYSICAL SAMPLES.

>I would suggest you get us some drawings as soon as possible, since I am
>assuming you have been working on them.

I'M NOT SURE WHAT DRAWINGS YOU ARE REFERRING TO OR YOU NEED. I WILL
GET YOU THE 38" LAYOUT, AND AN ILLUSTRATION FOR FIGURE ELEMENTS FOR
THE 5' CENTER AREA. I DO PLAN TO PRINT SKIN SAMPLES AT SCALE FOR
MAKING TESTS WITH. WHAT ELSE WOULD YOU LIKE?

>We should all meet with Jake
>together once you have your drawings done and some visuals so that we
>can see how it works with the whole. Let Katie know and she will book
>the meeting.

I FEEL I AM READY FOR A MEETING WITH THE DRAWINGS I HAVE. WHAT ELSE
WOULD I NEED?

>I know that PRG/Scenic intends to have a proposal/drawings for a
>turntable and hopefully some plastic samples for the work session on the
16th.

>Please send us your suggestions for the agenda.

LET ME THINK ABOUT IT.

ASIDE FROM THE FACT THAT I AM DOING ONGOING SPECIES RESEARCH, I FEEL
WHAT I NEED TO DO IMMEDIATELY IS TO MEET WITH JAKE AND TO PRODUCE
SAMPLES, BEFORE PROCEEDING FURTHER WITH SPECIES SELECTIONS AND
DRAWINGS OF INDIVIDUAL SEA-LIFE FORMS.

HAVING SAID THAT, I CAN MAKE MORE DRAWINGS IF YOU WISH. PLEASE SPELL
OUT WHAT YOU WANT DRAWINGS OF.

THANKS,

B



> I hope we can
>start getting some manipulated samples as well.
>We are still waiting for the check to arrive but they said it got mailed
>yesterday.
>
>Best,
>Claire
>
>
>-----Original Message-----
>From: Barbara Broughel
[<mailto:broughel@earthlink.net>mailto:broughel@earthlink.net]
>Sent: Thursday, February 09, 2006 6:22 AM
>To: Claire Weisz
>Cc: Katie Dixon
>Subject: RE: Carousel queries
>
>So far no e-mail info from Katie, and until now, I did not have the
>go-ahead to communicate with them directly.   I am therefore not
>sure what is possible for the 16th, though I am happy to try for
>something by then.

```
>
>I will get the 38' layout to you (how detailed?), and some studies
>for the 5' center area, and the lists you request.  Are there dates
>you need these by?
>
>  I plan to set up a meeting with Jake ASAP and presume that's OK.
>
>If you're around on the weekend I could pick up a check then, or maybe
>they can send it to me directly.
>
>B
>
>
>
>>Dear Barbara;
>>
>>I would have handed you the check but The Battery's accountant hadn't
>>sent it, it is apparently being cut tomorrow. I am anxious as well for
>>you to be working with PRG so I hope you got the plastics guy's email
>>from Katie. Ideally you and PRG can make it happen to get some samples
>>for the 16th. Also what about that list you were working on that showed
>
>>what you were producing and what you needed the fabricator to produce?
>>
>>As I said about the ride issues, they are unfolding and I would just
>>keep working and exploring from the figure elements right now the
>>center is 5' in diameter and will hold something. Maybe you could do
>>some studies of what you are proposing. Also can we get a current plan
>>of the figure layout at 38' across for our work?
>>
>>
>>Best,
>>Claire
>>
>>-----Original Message-----
>>From: Barbara Broughel
[<mailto:broughel@earthlink.net>mailto:broughel@earthlink.net]
>>Sent: Wednesday, February 08, 2006 3:07 AM
>  >To: Claire Weisz
>>Cc: Katie Dixon
>>Subject: Carousel queries
>>
>>Hi Claire,
>>
>>I gave a couple of invoices to Katie on Friday, as she was not sure
>>if you would be able to make it to the meeting.  If we are to meet
```

>>soon, I could just pick up my check then, otherwise, post could
>>mail it to me either in Connecticut or New York. Let me know if you
>>need an address.
>>
>>   I thought Friday's meeting went well. I am presuming this week we
>>are not meeting, since you will be meeting with the Parks Department on
>
>>Thursday, and will probably have your hands full with that.
>>
>>Nevertheless, this week I could be accomplishing something on the
>>plastics front. I am anxious to get started w/ PRG on the samples.
>>I should point out that, although they seem promising, I still have no
>>concrete reason to believe they can do what we are asking, and the
>>reasons to move forward with them ASAP are numerous. Please let me
>>know what the protocol is re: working with them directly. Waiting for
>>Katie to talk to someone and then get back to me has been an extremely
>>inefficient system, and while I understand there was some logic to
>>that, I would like to move past that now if we could.
>>
>>It was valuable for me to finally see what Jake is working on. I
>>would like to meet with him to discuss/brainstorm about several
>>things...
>>     -species/images in the films (he and I have already discussed
>doing
>>this)
>>     -how projectors are positioned, and whether they might impact in
>any
>>way on the floor-scape
>>          visually or otherwise
>>     -whether projector location-sites should be incorporated,
>sculpturally
>>into the floor-scape
>>          (which I imagine maybe they should)
>>     -whether and how a soundscape might relate to the film imagery
>>
>>If we can be definite at this point about the turntable I would like to
>
>>begin thinking about the whole layout now as one open floor-scape,
>>with an incorporated audio delivery system for the soundscape
>>component. An open room format will go far in alleviating my concerns
>>about riders only seeing the behinds in front of them, and not seeing
>>the other sea-life forms as we discussed last week.
>>Are we certain that a turntable design allows us to eliminate the
>>center column?
>>
>>Also, while I realize there are several legitimate concerns about upper

>>"chandelier" elements, I would appreciate it if we did not altogether
>>rule out the possibilty yet.
>>
>>Are you planning to have regularly scheduled meetings?  Are you
>>planning on a specific day/time each week?  If so, and you know what
>>that is, I would love to know.
>>
>>If you need address info, you can call me at 203 682-4556 or at 212
>>3253-3770
>>
>>Thanks,
>>
>>B

Barbara Broughel
303 East 8th Street #5F
New York, NY  10009
212 353-3770
broughel@earthlink.net



*Outrageously, I was only paid 5,000 for this work! 23,818.75 still due*

SS# 047 58 9656

5/3/04

to:
Barbara Hertel
Director of Administration
Battery Conservancy

Hi Barbara,

Here are the hours for work performed to date on the Battery Carousel:

| date | hours | total | work performed |
|---|---|---|---|
| 3/24 | 12noon-5pm | 5 | meeting w/ Warrie, meeting w/Pete jacobson @Con Ed |
| 3/29 | 10-3 | 5 | scope of work research (phone/internet) |
|  | 5-7 | 2 | measure/redesign for display model in plexi |
| 3/30 | 12-6 | 6 | budget summary //scope of work research |
| 3/31 | 8-3 | 5 | budget summary/research calls/scope of work outline |
|  | 3-6 | 3 | dispaly box/research calls/design/fax |
| 4/1 | 4:30-7:15 | 2.75 | meetings with Pat, Adrian Jaret, Dramatic Lighting |
| 4/2 | 2:30-4 | 1.5 | follow up, redesign, re-fax Industrial Plastics |
| 4/14 | 11-3:30 | 4.5 | meeting w/Paul Sieswerda, NY Aquarium-species rsch |
|  | 4:30-6:15 | 2.25 | meeting w/Claire |
| 4/16 | 12-3:45 | 3.75 | species research-library |
| 4/17 | 12-4 | 4 | species research-library |
|  | 4:30-5:30 | 1 | benefit drawings supplies rsch/purchase |
| 4/18 | 12-12:45 | .75 | benefit drawings supplies rsch/purchase |
|  | 2-6 | 4 | benefit drawings -experiments for Warrie |
| 4/19 | 10-12 | 2 | fish list computation / fabrication print new box tops |
| 4/19 | 2-3 | 1 | box pick-up and inspection, box delivery |
| 4/20 | 3:15-6:15 | 3 | redo new display, discuss benefit brochure/ species list |
| 4/21 | 10:15-1:30 | 3.5 | redo box |
|  | 2:15-4:00 | 1.75 | meet w/ Warrie, Frederieke Taylor |
|  | 6:45-8:00 | 1.25 | meet w/Claire |
|  | 8:15-10:15 | 2 | Moby research/meeting @ Cooper Union |
| 4/29 | 8:45-9:45 | 1 | meeting w/Adrian Benepe |
|  | 2-3:30 | 1.5 | tripod purchase/photo shoot |
| 4/30 | 9:45-3 | 5.25 | benefit drawings |
|  | 4-7:15 | 3.25 | benefit drawings |
| 5/1 | 10:30-4 | 5.5 | benefit drawings |
| 5/2 | 12-6 | 6 | benefit drawings |

total hours 3/23-5/2    87.5

I prefer taxes be withheld from the above, prior to distribution.

I am sending releated receipts under separate cover.  Please reimburse receipts with a separate check, as that is not taxable income.

Please call or e-mail me with any questions.        Many thanks, Barbara Broughel

Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770
broughel@earthlink.net

SS# 047 58 9656
6/17/04

to:
Barbara Hertel
Director of Administration
Battery Conservancy

Hi Barbara,

Here are the hours for work performed between 5/3 and 6/6 for the Battery Conservancy:

| date | hours | total | work performed |
|---|---|---|---|
| 5/3 | 11-4 | 5 | select/scan/print sealife images for paintings |
|  | 7-10 | 3 | pencil sketches for ptgs |
| 5/4 | 10-3, 7-10 | 8 | pencil sketches |
| 5/5 | 8-2, 4-6, 7-12 | 13 | painting |
| 5/6 | 8-2, 7-2am | 13 | " |
| 5/7 | 7-12, 2-6, 8-2a | 15 | " |
| 5/9 | 6-9, 10-1:15 | 6.25 | " |
| 5/10 | 9-12, 8-12 | 7 | " |
|  | 4:45-5:15 | .5 | paint purchase |
| 5/11 | 9-3, 8-1am | 11 | painting |
|  | 3:15-4:00 | .75 | paint purchase, post cd to Warrie of jellyfish |
| 5/12 | 9-2, 7-1am | 11 | painting |
| 5/13 | 8-9:30 | 1.5 | attach broken tail |
|  | 2-5, 7-12 | 8 | painting |
|  | 5-5:15 | .25 | paint purchase |
| 5/14 | 7-12 | 5 | painting |
|  | 2-4 | 2 | tail reglue (#2) |
| 5/15 | 4-9 | 5 | new mold (#1) |
|  | 11-1am | 2 | prep and pour mold (#1) |
| 5/16 | 8-12 | 4 | painting |
|  | 1-2 | 1 | remove mold |
|  | 4-12 | 8 | painting |
| 5/17 | 8-3 | 7 | " |
|  | 4:15-5:45 | 1.5 | design/assemble cardboard box for display #1 |
|  | 6-7 | 1 | community board presentation |
| 5/18 | 8-4, 8-12 | 12 | painting |
| 5/19 | 9:45-12 | 2.25 | Arts Commission presentation; meet w/Warrie re: ptgs. |
| 5/19 | 2:30-4 | 1.5 | purchase of plexi posts, new mold materials |
| 5/21 | 12-6 | 6 | painting |
|  | 8-12 | 4 | " |
| 5/22 | 12-2 | 2 | tail reglue (#3) |
|  | 3-6 | 3 | painting |
|  | 7-12 | 5 | painting |

| date | hours | total | work performed |
|---|---|---|---|
| 5/23 | 8-11 | 3 | grinding and sanding; fish mold preparations |
|  | 1-5 | 4 | new mold prep (#2) |
|  | 7-2am | 7 | painting |
|  | 2-3am | 1 | pour 2nd mold |
| 5/24 | 10-11 | 1 | scan and send 3 paintings to Toby, David |
|  | 2-4 | 2 | release mold, prep fish tail (#4!) |
|  | 5:30-6:15 | .75 | buy mold materials/deliver final 3 paintings to David |
|  | 7:30-8 | .5 | home depot for new fish mold materials |
| 5/26 | 9-11:15 | 2.25 | sand/prep fish for mold |
|  | 1-4,6-9 | 7 | prep new mold |
|  | 9:15-10:45 | 1 | purchase mold trays, zipties, epoxies, etc. |
|  | 11-12:15 | 1.25 | pour new mold |
| 5/27 | 9-11 | 2 | release new mold, clean |
| 5/28 | 12-1 | 1 | pick up plexi box, tools, illuminator, harness |
|  | 4-5:15 | 1.25 | assemble/test new illuminator/harness |
|  | 7-10:30 | 3.5 | grind fish for embedment |
| 5/29 | 8-10:15 | 2.25 | fiber optic implant/glue test |
|  | 2-4 | 2 | sand and polish fish |
| 5/30 | 12-4 | 4 | design/build assemble set-up for fiber optics embedment |
|  | 6-12 | 6 | embed and glue |
| 5/31 | 8-10:45 | 2.75 | plastic touch-ups |
|  | 11-11:15 | .25 | epoxy purchase |
| 6/1 | 7:30-11:30 | 4 | embed and glue |
|  | 10:45-12:30a | 1.75 | embed and glue |
| 6/2 | 8-12,6-11 | 9 | embed and glue |
| 6/3 | 9-11 | 2 | embed and glue |
|  | 11:15-11:30 | .25 | clamp purchase |
|  | 2-4 | 2 | plastic touch-up |
|  | 6-10 | 4 | embed and glue, paint wheel |
| 6/4 | 8:30-10 | 1.5 | sand and buff |
|  | 3:45-3am | 11.25 | embed and glue, design/print for display |
| 6/5 | 8-2, 3-11 | 14 | embed and glue, surface wheel with gels |
| 6/6 | 7:30a-10:15p | 14.75 | embed, glue, tool purchase, assemble display, pack, deliver |

total hours 5/3-6/6   296.75

I prefer taxes be withheld from the above, prior to distribution.

I am sending releated receipts under separate cover. Please reimburse receipts with a separate check, as that is not taxable income.

Please call or e-mail me with any questions.   Many thanks, Barbara Broughel

```
384.25 hours
    x 75
───────────
 28,818.75
 - 5,000
───────────
 23,818.75
```

Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770
broughel@earthlink.net

*I believe I was paid for these.*

SS# 047 58 9656
7/1/04

to:
Barbara Hertel
Director of Administration
Battery Conservancy

Hi Barbara,

Here are petty receipts for work performed from 5/3-6/6 2004 for the Battery Conservancy:

| date | amount | purchase |
| --- | --- | --- |
| 4/29 | 4.00 | tripod delivery |
| 5/10 | 29.44 | paints |
| 5/11 | .83 | mail of jellies CD |
| 5/11 | 9.28 | paints |
| 5/19 | 54.32 | mold elastak |
| 5/19 | 13.50 | taxi - elastak |
| 5/24 | 10.47 | screws, etc. |
| 5/26 | 15.07 | zip ties, bike hook, epoxy, gloves |
| 5/26 | 3.28 | plastic trays |
| 5/31 | 3.79 | epoxy |
| 6/3 | 12.70 | drill bits |
| 6/3 | 5.29 | c-clamps (new display) |
| 6/6 | 14.99 | epoxy, screws, hinges |

total  $176.96

Please send check to the above address.

Original receipts are attached.
Please call or e-mail me with any questions @ 212 353-3770.

Many thanks, Barbara Broughel

Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770

3/08/06

INVOICE

For reimbursements for the following equipment, materials and outside resources used in connection with design development for the Aquarium Carousel:

Materials:
- 156.60     white model
- 26.69     white model (armiture)

Production Services:
- 421.50     video editing
- 120.00     outside sculpture assistance – white model
- 112.50     outside sculpture assistance – white model

Research:
- 10.00     bronx zoo – carousel research
- 9.00     books: species research
- 71.32     books: species research
- 96.23     aquarium: species research
- 76.70     books: species research

Equipment:
- 82.67     video/photo card – species research
- 1,025.39     video equipment – species research

Packing/Shipping Services:
- 108.00     materials pick-up – white model
- 24.58     ups-white model

TOTAL
2,422.18

thank you.

**Order #4: alleghenyriverbooks**
Have questions about this order? Please  contact the seller.. **Order #:** 058-4464104-3687723
**Shipping Method:** Standard Shipping Subtotal of Items: $2.75 Shipping & Handling: $3.49   ------
**Total for this Order:  $6.24**

**Shipping estimate for these items:** January 11, 2006
  1 "The Everything Tropical Fish Book"
Carlo Devito; Paperback; $2.75

**Order #5: minearebest**
Have questions about this order? Please  contact the seller.. **Order #:** 058-3334474-4570164
**Shipping Method:** Standard Shipping Subtotal of Items: $26.24 Shipping & Handling: $6.98   ------
**Total for this Order:  $33.22**

**Shipping estimate for these items:** January 11, 2006
  1 "Aquarium Fish Handbook : The Complete Reference from Anemonefish to Zamora Woodcats"
Dick Mills; Hardcover; $7.52

  1 "Marine Fishes: 500+ Essential-To-Know Aquarium Species (The Pocketexpert Guide Series for Aquarists and Underwater Naturalists, 1)"
Scott W. Michael; Paperback; $18.72

**Order #6: kuryiokate**
Have questions about this order? Please  contact the seller.. **Order #:** 058-7974781-5529320
**Shipping Method:** Standard Shipping Subtotal of Items: $9.00 Shipping & Handling: $3.49   ------
**Total for this Order:  $12.49**

**Shipping estimate for these items:** January 11, 2006
  1 "A Field Guide to Atlantic Coast Fishes : North America (Peterson Field Guides)"
Carleton Ray; Paperback; $9.00

---

You can review your orders in Your Account. If you've explored the links on that page but still have a question, please visit our online Help Department.

Please note: This e-mail message was sent from a notification-only address that cannot accept incoming e-mail. Please do not reply to this message.

Thanks again for shopping with us.

Amazon.com
**Earth's Biggest Selection**

Prefer not to receive HTML mail? Click here

2/11/06 8:03 AM

Thank You for your order #Q0117075

# Thank You for your order #Q0117075!

Please print this receipt for your records. If you entered your email address incorrectly, this will be the only order confirmation you will receive until you correct the problem. If you chose the email option, an email is also waiting in your "in" box with this and other information about your order; including tracking information.

Return to inkjetart.com home page

| | |
|---|---|
| ORDER NUMBER | Q0117075 |
| Date | Fri Feb 10 18:03:17 2006 |
| Name | Barbara Broughel |
| Email Address | broughel@earthlink.net |
| Address | 160 Hillspoint Road |
| City, State, Zip | Westport, CT 06880 |
| Country | US |
| Payment Method | Credit Card (mc) |
| Shipping Method | UPS Ground |
| Daytime Phone | 2036824556 |
| Billing Name | Barbara Broughel |
| Billing Address | 303 East 8th Street #5F |
| City, State, Zip | New York, NY 10009 |
| Billing Country | US |

| Quan | Item No. | Description | Price | Extension |
|---|---|---|---|---|
| 9 | R2400-8 | 8 cart discount on R2400 - effectively $12.79 each | $-1.68 | $-15.12 |
| 1 | T059220 | Epson R2400 Cyan Ink | $13.00 | $13.00 |
| 2 | T059320 | Epson R2400 Magenta Ink | $13.00 | $26.00 |
| 1 | T059420 | Epson R2400 Yellow Ink | $13.00 | $13.00 |
| 2 | T059520 | Epson R2400 Light Cyan Ink | $13.00 | $26.00 |
| 1 | T059620 | Epson R2400 Light Magenta Ink | $13.00 | $13.00 |
| 1 | T059720 | Epson R2400 Light Black Ink | $13.00 | $13.00 |
| 1 | T059920 | Epson R2400 Light Light Black Ink | $13.00 | $13.00 |
| | | SUBTOTAL | | $101.88 |
| | | SALES TAX | | $0.00 |
| | | SHIPPING | | $0.00 |
| | | ORDER TOTAL | | $101.88 |