```
MAXS ART SUPPLIES
68 POST ROAD EAST
WESTPORT, CT. 06880

TERMINAL I.D.: 42102301      Clay
MERCHANT #  : 028100063296001

MASTERCARD
5262188610642642
SALE                           03/07
BATCH: 000049    INV: 446061
DATE: MAR 11, 06     TIME: 11:58
RRN: 00000000    AUTH: 905288


TOTAL            $6.51

BARBARA BROUGHEL
X  Barbara Broughel
  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)

           MERCHANT COPY
```

```
Purchased
          2.20 +
          2.20 +
          2.20 +
          2.20 +
         10.59 +
          8.95 +
         28.34 o

         28.34 x
          0.06 =
          1.70 *
          1.70 +
         28.34
         30.04 o

         30.04 *
         30.04 +
         23.53 -
          6.51 o

          6.51 *
```

**FedEx Kinko's.**
Office and Print Center

March 14, 2006  21:11                        Page 1
Receipt #: 176773
MasterCard #: XXXXXXXXXXXX2642
2006/03/14  20:34

| Qty | Description | Amount |
|---|---|---|
| 5 | ES B&W S/S White 8.5 x11 | 0.40 |
| 3 | ES B&W S/S White 11x17 | 0.48 |
| 1 | ES B&W S/S White 8.5 x11 | 0.08 |
| 2 | ES B&W S/S White 11x17 | 0.32 |
| 14 | ES B&W S/S White 8.5 x11 | 1.12 |

SubTotal:   2.40
Taxes:      0.14
Total:      2.54

The Card holder agrees to pay the Issuer of the charge card in accordance with the agreement between the Issuer and the Cardholder.

596 Westport Avenue    (203) 847-7004
Norwalk, CT  06851
www.fedexkinkos.com
Please recycle this receipt.

*Kathy Mayhew*

**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
FAIRFIELD POST OFFICE
FAIRFIELD CT 06824-9998
03/14/06 01:48PM

```
Store   USPS           Trans     78
Wkstn   sys5004        Cashier   Y184CB
Cashier's Name         lorenzo
Stock Unit Id          WINLORENZO
PO Phone Number        203-255-4591
USPS #                 0833690430

1. First Class                     0.63
   Destination:    12553
   Weight:         1.20 oz.
   Postage Type:   PVI
   Total Cost:     0.63
   Base Rate:      0.63

Subtotal                           0.63
Total                              0.63

Cash                               0.63

Number of Items Sold: 1
```

A click and easy way to ship
Ship with a click from your home
or business-- with Click-N-Ship
Service at www.usps.com

*[Handwritten margin notes:]* Part 2 of 2 (part 1 is '05 part) Complete copy of Unreimbursed (though invoiced) '06 receipts submitted 3/9/06

## Receipt 1: The Compleat Sculptor

THE COMPLEAT SCULPTOR
90 VANDAM
NEW YORK, NY 10013
02/21/06   TID: 02468627
               11:17:35

SALE

451196321991
BATCH: 367
MC xxxxxxxxxxxx2642
APPR CODE: 043624
INV#: 000006

AMOUNT:           $ 156.60
TOTAL:            $ 156.60

CUSTOMER COPY

STYROFOAM
8096263      1    9.99    9.99
M STYROFOAM GLUE
)2888        2   10.99   21.98
TYROFOAM BLOCK 8X8X8
)204         2   19.99   39.98
QUARESIN S 4.4LBS
)135Q        1    5.95    5.95
IREFORM CONTOUR ALUM 15H
)MMENT
0004D
)102         2   19.99   39.98
QUARESIN L 2.2LB
)402         1    9.99    9.99
QUARESIN THX-6 20Z

ub-total              144.15
ax                     12.45
otal                  156.60
                      156.60
ISA                     0.00
harge

barbara broughel
303 e 8 st
New York, NY 10009
(212) 353-3770

## Receipt 2: Mail Boxes Etc.

***** **** SALE *****************
Mail Boxes Etc.
r - Business Easier. Worldwide.
**************************  ******
70 Drw:03 ID:389 Clerk:ADMIN
                    11:42:08
Center #129
606 Post Rd E.
Westport, CT 06880
Phone 203-222-7171

Description    Unit     Ext
Packaging Material  4.00S   4.00
Packaging Service  10.00   10.00
Retail Shipping Su  4.25S   4.25
Packaging Material  5.50S   5.50

Sub Total:             23.75
Sales Tax:              0.83
Total Sale:            24.58

Cash:                  24.58
Change:                 0.00

isit our Web Site at www.MBE...

## Receipt 3: Art Supply Warehouse (Norwalk)

ART SUPPLY WAREHOUSE
360 MAIN AVE
NORWALK, CT 06851
OFFICE (203) 846-2279
FAX (203) 849-0845

305941  R3 348094  02/20/06  05:58P  JG
ITEM DESC           PRICE  QTY  TOTAL

R081494             10.79   1   10.79
WIREFORM STUDIO AL 16
X20   Fish sculpture not returned
LIST              12.95
EVERYDAY PRICE    11.99

MISC                29.69   1   29.69
MISC SKU

40633                9.46   1    9.46
O/H OIL 40ML O/H LT RE
D
LIST              11.95
EVERYDAY PRICE    10.51

51927                9.88   9   88.92
PREMO LB BAR 5001-WHI
TE
LIST              14.99
EVERYDAY PRICE    10.98

53327                6.91   1    6.91
POTTERY TOOL KIT
LIST              18.50
EVERYDAY PRICE     7.68

42510                5.92   2   11.84
CELLUCLAY 2 WHITE LB.
LIST               7.95
EVERYDAY PRICE     6.58

42512               26.71   1   26.71
CELLUCLAY 2 WHITE 5LB
LIST              34.00
EVERYDAY PRICE    29.68

60255                6.89   1    6.89
SER 1 OIL 40ML ZINC B
UFF
LIST               9.95
EVERYDAY PRICE     7.66

R56050               5.31   4   21.24
ACTIVA RIGID WRAP #23
1
LIST               5.90
EVERYDAY PRICE     5.90

MERCHANDISE              212.45
SALES TAX                 12.75
ORDER TOTAL              225.20
M/C AMOUNT               225.20

*SAVINGS 10%                     990.64
*YOUR TOTAL SAVINGS              990.64
RETURNS FOR UNOPENED UNUSED PRODUCT
ACCOMPANIED WITH ORIGINAL RECEIPT
WITHIN 30 DAYS OF PURCHASE. NO RETURNS
ON PAPER, BOARDS, FURNITURE, EASELS,
PROJECTORS, LIGHT BOXES, PORTFOLIOS,
BOOKS AND AIRBRUSH EQUIPMENT.

PLEASE SIGN UP ON OUR EMAIL LIST
FOR SPECIAL UN-ADVERTISED SPECIALS
JUST FOR EMAIL LIST CUSTOMERS!!!

## Receipt 4: Art Supply Warehouse (MasterCard)

Art Supply Warehouse
360 Main Ave
Norwalk, CT 06851

TERMINAL I.D.:                064800
MERCHANT #:          451000001444602
MASTERCARD
************2642
SALE
BATCH: 000148     INVOICE: 419888
DATE: MAR 11, 06  TIME: 13:58
RRN: 08450035     AUTH NO: 675386

TOTAL              $55.75

BARBARA BROUGHEL

CUSTOMER COPY

FRDRX 10" ROUND ST CN
NVAS
LIST               7.30
EVERYDAY PRICE     6.42

44747              19.78   1
CLASSIC GLASS PALETTE
W/VINYL
LIST              29.95
EVERYDAY PRICE    21.98

MERCHANDISE
SALES TAX
ORDER TOTAL
M/C AMOUNT

*SAVINGS 10%
*YOUR TOTAL SAVINGS
RETURNS FOR UNOPENED UNUSED PRODUCT
ACCOMPANIED WITH ORIGINAL RECEIPT
WITHIN 30 DAYS OF PURCHASE. NO RETU
ON PAPER, BOARDS, FURNITURE, EASELS
PROJECTORS, LIGHT BOXES, PORTFOLIOS
BOOKS AND AIRBRUSH EQUIPMENT.

PLEASE SIGN UP ON OUR EMAIL LIST
FOR SPECIAL UN-ADVERTISED SPECIALS
JUST FOR EMAIL LIST CUSTOMERS!!!

## Airbill 1

**FedEx US Airbill**
FedEx Tracking Number: 8560 4892 9140
Form ID: 0200 — Sender's Copy

**From**
Date: 3/13/06
Sender's Name: BARBARA BROUGHEL
Phone: (203) 682-4556
Address: 160 HILLSPOINT ROAD
City: WESTPORT  State: CT  ZIP: 06880

**To**
Recipient's Name: KATHY MAYHEW
Phone: 845 567 5761 x76
Company: SCENIC TECHNOLOGIES
Address: 539 Temple Hill Road
City: New Windsor  State: NY  ZIP: 12553

Arr: Tues Mar 14th

**4a Express Package Service:** FedEx Priority Overnight (checked)
**5 Packaging:** FedEx Envelope (checked)
**6 Special Handling:** No dangerous goods
**7 Payment:** Sender (checked) / Credit Card
FedEx Acct No./Credit Card No.: 5262 1886 1064 2642  Exp. Date: 08/07
Total Declared Value: 17.44
520

---

## Airbill 2

**FedEx US Airbill**
FedEx Tracking Number: 8560 7241 8945
Form ID: 0200 — "Conservancy" — Sender's Copy

**From**
Date: 3/14/06
Sender's Name: BARBARA BROUGHEL
Phone: (203) 682-4556
Address: 160 HILLSPOINT ROAD
City: WESTPORT  State: CT  ZIP: 06880

**To**
Recipient's Name: PAT KIRSHNER
Phone: (212) 344-3491 x13
Company: The Battery Conservancy
Address: 2 New York Plaza, Concourse Level
City: New York  State: NY  ZIP: 10004

**4a Express Package Service:** FedEx 2Day (checked)
**5 Packaging:** FedEx Envelope (checked)
**6 Special Handling:** No dangerous goods
**7 Payment:** Credit Card (checked)
Total Packages: 1  Total Weight: 0.50  Total Declared Value: 11.36
520

Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770

3/08/06

# INVOICE

For reimbursements for the following equipment, materials and outside resources used in connection with design development for the Aquarium Carousel:

Materials:
- 156.60     white model
- 26.69     white model (armiture)

Production Services:
- 421.50     video editing
- 120.00     outside sculpture assistance – white model
- 112.50     outside sculpture assistance – white model

Research:
- 10.00     bronx zoo – carousel research
- 9.00     books: species research
- 71.32     books: species research
- 96.23     aquarium: species research
- 76.70     books: species research

Equipment:
- 82.67     video/photo card – species research
- 1,025.39     video equipment – species research

Packing/Shipping Services:
- 108.00     materials pick-up – white model
- 24.58     ups-white model

TOTAL
    2,422.18

thank you.

1/16/06

Received by Jaclyn Conley

$197.50 for research assistance on Marine Species performed on 1/25/06 and 1/16/06

_____       _1/16/06_
Jaclyn Conley                   date

Barbara Broughel
303 East 8th Street #5F
New York, NY  10009
212 353-3770

3/08/06

INVOICE

For finalization of dimensional scaled drawings, painted color renderings and 3-dimensional scaled white model for 1:1 figure mock-up.

$10,000.00

thank you.

2/23/06

Received by Jaclyn Conley

$108.00 for NYC materials pick-up for white model of Balistes Vetula on 2/21/06

_____    __2/21/06__
Jaclyn Conley                                              date

2/25/06

Received by Bridget Daniels

$112.50 for assistance on White Model

_____  2/25/06
Briget Daniels            date

2/24/06

Received by Bridget Daniels

$120.00 for production assistance on white model for

Balistes Vetula on 2/24/06

_____    2/24/06
Bridget Daniels              date

auto-confirm@amazon.com, 1/7/06 8:50 AM -0800, Your Order with Amazon.co          1

To: broughel@earthlink.net
From: "auto-confirm@amazon.com" <auto-confirm@amazon.com>
Subject: Your Order with Amazon.com

Content-Type: text/html;

Amazon.com Logo

**Thanks for your order, Barbara Broughel!**

**Want to track your order status?**
**Learn how with our animated demo!**

Did you know you can view your orders online, 24 hours a day? Click Your Account to:

- Access "Where's My Stuff?"
- Do much more...

**Purchasing Information:**          **E-mail Address:** broughel@earthlink.net
**Billing Address:**
Barbara Broughel
303 East 8th St #5F
New York, NY 10009
United States
**Shipping Address:**
Barbara Broughel
160 Hillspoint Rd
Westport, CT 06880-6104
United States

**Order Grand Total: $76.70**   Earn 3% rewards on your Amazon.com purchases with the Amazon Visa Card. Learn More **Order Summary:** Your purchase has been divided into 6 orders. **Order #1:** daisydog7
Have questions about this order? Please contact the seller.. **Order #:** 058-7214809-0400552
**Shipping Method:** Standard Shipping Subtotal of Items: $5.05 Shipping & Handling: $3.49   ------
**Total for this Order: $8.54**

**Shipping estimate for these items:** January 11, 2006
   1 "The Pocket Guide To The Care And Maintenance Of Aquarium Fish"
Richard Crow; Hardcover; $5.05

Order #2: auctionbullet_com
Have questions about this order? Please contact the seller.. **Order #:** 058-6274630-7177328
**Shipping Method:** Standard Shipping Subtotal of Items: $5.25 Shipping & Handling: $3.49   ------
**Total for this Order: $8.74**

**Shipping estimate for these items:** January 11, 2006
   1 "Complete Aquarium"
Peter W. Scott; Paperback; $5.25

Order #3: booksbychance
Have questions about this order? Please contact the seller.. **Order #:** 058-0751239-9755769
**Shipping Method:** Standard Shipping Subtotal of Items: $3.98 Shipping & Handling: $3.49   ------
**Total for this Order: $7.47**

**Shipping estimate for these items:** January 11, 2006
   1 "Marine Reef Aquarium Handbook"
Robert J. Goldstein; Paperback; $3.98