# EXHIBIT H

## SeaGlass:



courtesy of **Weisz + Yoes**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights. — *my exact words from my proposal*

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride (combines art, architecture, music and film to create a "fintastic" adventure.
— *was also part at least, my terrain*

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

— *the uninterrupted landscape layout was my idea, as was the anemone in the center, which was to be fragile & unrideable, but spectacular lighting-wise*



rendering courtesy of **Weisz + Yoes**



Fiberglass prototype!

from BB's original proposal ← that won the commission

↑
"a polyresin sea creature filled w/ undulating fiber-optic lights"



The ascending cylinder is being designed as a magic lantern. During the first minute of the ride to give children the sensation of going deeper under water. This is coordinated with the Smart Glass walls moving from transparency to sea deep blue.

The lantern ascension also reveals a magnificent anemone sculpture in the middle of the carousel. Because of the use of amusement ride technology versus traditional carousel engineering, SeaGlass presents a totally unobstructed experience for children as they ride on thirty three sea creature figures.

*The idea of going from a daylight to a darkened space was my concept (+ is my original proposal) with the idea (used here) that once darkened, the interior would be lighted entirely by the interior lighted sea creatures themselves, some projected images and (possibly if they could afford it) a legended flow.*

Be among the **FIRST *FIN-TASTIC* FRIENDS** of the Carousel.

Gifts of $100 guarantee a reserved commemorative ticket for the Carousel's premiere month.

Send contributions payable to The Battery Conservancy to:

The Battery Conservancy

1 New York Plaza, Concourse

New York, NY 10004

Contact Rachael Gilkey at (212) 344-3491 x14
for information on sponsorship/naming opportunities.

## The Carousel Sea Creatures




← BB's model for the floor layout for 1/32nd scale model

I have a larger-scale model for the whole floor too, w/ more detail in it

## The Battery's Aquarium History

and in this version, #19 (seahorse), #8 (snail) (the center anemone) #23, the hammerhead #11, the turtle #1 and the dolphin #2 were part of my design...