# EXHIBIT B

**Frederieke Taylor gallery**
**535 west 22 street 6th floor**
**new york NY 10011**

Barbara Broughel: *studies for the Battery Carousel*

### Frederieke Taylor gallery

17 March - 16 April 2005. Opening reception: Thursday, 17 March, 6-8 pm

The Frederieke Taylor gallery is pleased to announce an exhibition of Barbara Broughel's drawings and models designed for a carousel to be built at Battery Park in Lower Manhattan. Broughel's designs for the carousel figures won the artists' competition for this project, organized in 2004 by The Battery Conservancy. The sea motifs refers to the New York Aquarium, now in Coney Island, but originally located at Battery Park, one of New York's oldest open public spaces. The show features Broughel's water color sketches of sea creatures intended for day and nighttime viewing. The model is in 1/10th scale to the marine life figures for the carousel which will be cast in translucent resin and lit with fiber optics in an animated interior environment of projected light and sound designed by the artist. The carousel will be housed beneath a nautilus-shaped pavilion designed and conceived by the architectural office of WEISZ +YOES. The carousel project is part of The Battery Conservancy's ongoing effort to revive The Battery's historic status and to contribute to the renaissance of Lower Manhattan. Barbara Broughel is a New York based artist who has exhibited extensively in Europe and the United States, in museums, art galleries and outdoor installations. Over the years Broughel's work has taken a variety of forms, usually presented as installations and investigative projects, including games, films, video-works, objects, photographs, paintings and drawings. She has had commissions in Europe, the United States and the Far East, including recent installation works at the Sanskriti Institute in New Delhi and at Arti and Amicitiae in Amsterdam. This is the artist's third solo exhibition with the gallery.



Gallery hours are:

Tuesday-Saturday, 11 to 6

For further information and visuals, please contact the gallery.

Home | Exhibitions | Artists | Contacts

Copyright © 2004 by Frederieke Taylor gallery