BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York  10023
(212) 873-6200  (phone)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA BROUGHEL<br><br>            Plaintiff,<br><br>    v.<br><br>THE BATTERY CONSERVANCY, WARRIE PRICE, CLAIRE WEISZ AND MARK YOES, "DBA" WEISZ + YOES<br><br>           Defendants. | 07 Civ. 7755<br><br>**DECLARATION OF BARBARA HOFFMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

    I, Barbara Hoffman, an attorney admitted to practice in the state and federal courts in this state, declares under penalty of perjury as follows:

1. I am the counsel for the Plaintiff in the above-captioned matter.

2. I make this Declaration to put certain articles before the Court.

3. Several articles explain the percent for art commission process in the City of Ne York. Another set of articles shows Plaintiff's original publicized role of the Artist on the Battery Conservancy Project.

Executed on March 31, 2008, New York, New York

                                                                         _____
                                                                         BARBARA HOFFMAN