

Search | Email Updates | Contact Us

Residents | Business | Visitors | Government | Office of the Mayor



EMAIL A FRIEND | PRINTER FRIENDLY FORMAT | TEXT SIZE: A A A

- HOME
- ABOUT CULTURAL AFFAIRS
- FUNDING FOR CULTURAL ORGANIZATIONS
- NYCULTURE CALENDAR
- MATERIALS FOR THE ARTS
- PERCENT FOR ART
  - » Projects
  - » Image Registry Form
  - » FAQ
- FIND A CULTURAL ORGANIZATION
- MAYOR'S AWARDS
- RESOURCES
- NEWS AND PRESS RELEASES
- CONTACT CULTURAL AFFAIRS

# PERCENT for ART

The City of New York Department of Cultural Affairs Percent for Art Program makes art accessible and visible throughout our city, one of the world's cultural capitals. Public art serves as an expression of the community, as well as a landmark. These public sites provide an important venue for all New Yorkers and visitors to appreciate artwork outside the traditional museum or gallery setting. Percent for Art projects are site-specific and engage a variety of media—painting, mosaic, glass, textiles, sculpture, and works that are integrated into infrastructure, or architecture. The Program commissions artists of all races and backgrounds that reflect the diversity of New York City. These projects demonstrate how art that is integrated into its site enhances civic architecture and a wide range of public spaces.

In 1982, the Percent for Art law was initiated by Mayor Edward I. Koch and passed by the Council of the City of New York requiring that one percent of the budget for eligible City-funded construction projects be spent on artwork for City facilities. Administrated by the City's Department of Cultural Affairs, the Program began in 1983 with the development of a procedure for determining eligible projects and an equitable artist selection process. Since the Program's inception, more than 210 projects have been completed with accumulated art work commissions of over $26 million and 55 new projects are currently in progress.

The Percent for Art Program offers City agencies the opportunity to acquire or commission works of art specifically for City-owned buildings throughout the five boroughs. The purpose of the Program is to bring artists into the design process and enrich the City's civic and community buildings.

Download the Percent for Art Timeline (in PDF)

### Percent for Art Open Call for Panelists

The Percent for Art program of the New York City Department of Cultural Affairs is seeking art professionals to participate as panelists in the selection process for upcoming commissions. Each artist selection panel is composed of three art professionals, one of whom must be an artist, representatives from the City agencies sponsoring the capital project, representatives from the Art Commission as well as representatives from the Borough



featured EVENTS

Mar. 21 - Jun. 15
The Genius of Japanese Lacquer: Masterworks by Shiabta Zeshin
at Japan Society

➡ More Information



Ongoing
Tugboats Night and Day
at The Noble Maritime Collection, Snug Harbor

➡ More Information

PERCENT for ART



Maren Hassinger
Artist
Fence of Leaves, 1995, Painted steel

➡ More Percent for Art

President's Office, the City Council Member's Office, and the Community Board. With Department of Education projects, the regional office is represented. The art professional panelists are expected to have current knowledge of the community or borough in which the artwork will be commissioned.

We are currently searching for visual arts professionals, including-but not limited to-curators, directors, nonprofit gallery staff, visual arts administrators, art critics and writers, art historians, and public art professionals.



ANNUAL REPORT

Download the PDF

**What is Percent for Art?**
Since, 1982, the Percent for Art Program has been selecting professional, fine artists to create permanent public art in City-owned buildings. Local Law 65, the Percent for Art Law, states that 1% of the capital budget for newly constructed or reconstructed buildings must be spent on art. The commissions range from $50,000 to $400,000. The artist fee is 20% of the art allocation.

Artists are commissioned to create art for a variety of public spaces including schools, parks, water treatment plants, transportation facilities, esplanades, libraries, and day care centers. Occasionally, the Program will purchase artwork to be installed on site or will conserve existing artwork. To date, Percent for Art has completed 210 projects with another 45 underway, and we expect to commission artists for up to 10 new projects this year.

**What Does a Panelist Do?**
In addition to providing current knowledge of the visual arts, panelists are responsible for:

- Recommending artists to be considered for the commission.
- Discussing the artwork's siting and concept.
- Voting on artist(s) to receive the commission, for a specific artwork to be purchased, or on the feasibility of an artwork to be restored.

The artist selection process usually consists of two meetings. During the first meeting, the panel reviews artists' images and develops a list of finalists to be interviewed for the commission. At the second meeting, the panel interviews the finalists and selects an artist(s) to receive the commission. The panelists are consulted in advance to schedule the meetings, which can last four to six hours. Panelists are paid a modest honorarium of $150 by DCLA.

**How to Apply**
The Percent for Art program maintains a file of eligible panelists' résumés that will be consulted when new artist selection panels are formed. The résumés will be sorted according to borough. To be considered as a Percent for Art panelist, please send a cover letter that explains why you are interested in becoming a panelist along with a résumé. Please list your borough affiliations in your

cover letter. For example, if you live in Queens, but work in Manhattan, please let us know.

Please send résumé and cover letter to:
Percent for Art
New York City Department of Cultural Affairs
31 Chambers Street, 2nd Floor
New York, NY 10007

For questions or further information, please call (212) 513-9300.

Copyright 2008 The City of New York

Contact Us | FAQs | Privacy Statement | Site Map




Search | Email Updates | Contact Us

Residents | Business | Visitors | Government | Office of the Mayor

EMAIL A FRIEND | PRINTER FRIENDLY FORMAT | TEXT SIZE: A A A

**HOME**

**ABOUT CULTURAL AFFAIRS**

**FUNDING FOR CULTURAL ORGANIZATIONS**

**NYCULTURE CALENDAR**

**MATERIALS FOR THE ARTS**

**PERCENT FOR ART**
» Projects
» Image Registry Form
» FAQ

**FIND A CULTURAL ORGANIZATION**

**MAYOR'S AWARDS**

**RESOURCES**

**NEWS AND PRESS RELEASES**

**CONTACT CULTURAL AFFAIRS**

# PERCENT for ART

## FAQ

September 1983 marked the inception of New York City's Percent for Art Program which is administered by the New York City Department of Cultural Affairs. This fact sheet responds to the most frequently asked questions and invites you to consult us with additional concerns or ideas.

What is the purpose of the New York City Percent for Art Program?
What is the history of the Percent for Art Program in New York City?
What kind of construction projects are considered by the Program?
How much money is spent and how is it allocated?
What kind of art work is considered?
At what stage of the project is the artist selected?
How are artists selected for the process?
How is the community involved?
How long does a project take from the selection of the artist to the installation of the art work?
How are the artists paid?
Does the Program sponsor competitions?
How do artists apply?

### What is the purpose of the New York City Percent for Art Program?

The Percent for Art Program offers City agencies the opportunity to acquire, commission or restore works of art specifically for City-owned buildings throughout the five boroughs. By bringing artists into the design process, the City's civic and community buildings are enriched.

[back to top]

### What is the history of the Percent for Art Program in New York City?

In 1965 Mayor Wagner established the Executive Order that allowed City agencies to allocate a portion of a building's construction budget to art work. Although several agencies took advantage of this opportunity, the Order did not provide for consistent implementation procedures.

In 1982 the "Percent for Art" Law(Local Law 65) was passed by the New York City Council requiring that 1% of the budget for eligible Citywide construction projects be spent on art work for those facilities. Implementation of the Program began September 15, 1983 and established a procedure for determining eligible projects and an equitable artist selection process.

From 1983 to 1986, the Percent for Art Program was administered by the Public Art Fund, Inc., a private non-profit arts organization, under the auspices of the Department of Cultural Affairs. Since 1986 DCLA has had full responsibility for the administration of

the program.

[back to top]

**What kind of construction projects are considered by the Program?**
The "Percent for Art" law applies to City-owned capital construction projects that provide public services and accessibility. New construction projects of existing facilities undergoing substantial reconstruction are considered. These capital projects include firehouses, schools, shelters, police precincts, courthouses, hospitals, clinics, passenger terminals, prisons, detention centers, parks and sanitation facilities.

[back to top]

**How much money is spent and how is it allocated?**
Percent for Art projects are funded by allocations from the actual construction budgets of City buildings.

The law requires that no less than 1% of the first twenty million dollars ($20,000,000), plus no less than one half of 1% of the amount exceeding twenty million dollars be allocated for the art work. Projects can be capped at $400,000.

[back to top]

**What kind of art work is considered?**
The art work must be located in an area of the facility that is accessible to the public.

Art work has been broadly defined in the Regulations as "all forms of visual arts conceived in any medium, material or combination thereof." It may be commissioned or purchased, or an existing City-owned art work may be restored and re-sited.

The final artwork is determined by the art allocation, nature of the project and an artist selection process involving the City agency, architect, participants in the artist selection panel and members of the community.

[back to top]

**At what stage of the project is the artist selected?**
An artist selection panel typically convenes early in the design stage so that the artist can be involved from the beginning. The art work is considered an integral part of the project process rather than an addition at the project's completion.

[back to top ]

**How are artists selected for the process?**
DCLA convenes a unique artist selection panel at the initiation of each project. The architect presents the project to the panel and may recommend specific artists or concepts.

The panel then recommends sites for the art work and an artist to be commissioned or an art work to be purchased. This recommendation is based on the architect's proposal, the nature of the community and the building's functions.

The panel reviews artists from the Percent for Art Image Registry and artists recommended by the project participants. The panel bases its recommendation on the

artist's most current work and any previous commissions. In some cases the panel asks several artists to submit proposals or interview for a specific project.

The voting members of the panel include:

- the Commissioner of Cultural Affairs' designee,
- a representative from the sponsoring City agency,
- a representative from the Design agency (in some cases)
- three public art professionals (critics, curators, artists, architects, historians, etc.) appointed by the Commissioner, one of whom must live or work in the borough (and when possible, the community) where the project is located.

In addition, a member of the Art Commission and the Mayor's Office of Construction serve as ex-officio, non-voting panelists.

[back to top]

### How is the community involved?

When a construction project has been identified, the Percent for Art Program notifies the appropriate Borough President and Community Board inviting them to attend the artist selection panel meetings. Both the Borough President and the Community Board are informed of the project's progress.

The site requirements and the nature of the community are of great importance to the panel as it makes its recommendation.

[back to top]

### How long does a project take from the selection of the artist to the installation of the art work?

City construction projects generally take from three to five years to design and build. The artist joining the project at its inception will follow the project schedule. Artists who have been commissioned should be prepared to present their design to the agency, the architect, the community, and the Art Commission for approval.

The Percent for Art Program acts as a liaison between the artist and the agencies. Procedures have been streamlined to avoid interfering with the construction schedule, but delays in the building's construction are often unavoidable. The artist works closely with the architect in order to remain informed of the building's progress.

[back to top]

### How are the artists paid?

The selected artist has a contract with the architect that addresses the artist's responsibilities and payment schedule for the project. The art allocation must cover the artist's budget including design fee, fabrication, installation, transportation and insurance costs.

[back to top]

### Does the Program sponsor competitions?

For some projects, the Percent for Art Program sponsors competitions. Each artist in the image registry is notified of these special opportunities.

[back to top]

## How do artists apply?

The Percent for Art Image Registry is an important component of the Program that allows artists to participate by maintaining a record of their work. The registry is consulted by the architects, panelists, and City agencies for each project. The Percent for Art staff prepares an image presentation from the registry for each panel meeting.

Artists who are interested in submitting their work for review may download the registration form below, or write for a registration form to:

Percent for Art
Department of Cultural Affairs
31 Chambers Street, 2nd Floor
New York, NY 10007

The Percent for Art Image Registry is open to any professional visual artist. There is no residency requirement for a Percent for Art Commission. Please send a completed registry form along with submission materials on CD/DVD to the Percent for Art Program. If you are interested in consulting the registry regarding a project, please call the Program office to make an appointment.

[back to top]

# Reconstruction Is Underway

June 7, 2004

Under a sun-filled blue sky on the morning of June 7 in Battery Park, as mothers strolled along the pathways with their children and tourists captured photographs of the nearby waterfront, city officials gathered to announce the beginning of a dramatic reconstruction project -- a multi-million dollar face-lift to improve and renovate the downtown park.

Parks &amp; Recreation Commissioner Adrian Benepe gathered with Lower Manhattan Development Corporation (LMDC) President Kevin Rampe, Battery Conservancy President Warrie Price, Council Member Alan Gerson, and other local officials to break ground for the $8.5 million renovation of the Bosque Area of Battery Park, a section of the park located along the waterfront. Reconstruction of the Bosque -- a Spanish word meaning "grove of trees" -- will transform the setting into a lush, green destination spot, a place that Benepe hopes will become "a magical space, year-round."

The renovation of the Battery Bosque was funded by the LMDC as part of a broader $25 million project to restore and create 13 parks and green spaces in Lower Manhattan. The Parks &amp; Recreation Department has obtained more than $37 million from the LMDC; federal, state, and city governments; foundations, and corporations to both revitalize and establish new open spaces in the downtown area.

Speaking at the groundbreaking event yesterday, Benepe noted that the project will do more than just refurbish the Battery Bosque.

"It will give it character that it has lacked," he said.

As part of the effort, the area's cracked asphalt and broken cobblestone will be replaced with a new crushed stone surface. There will be 57,000 square feet of gardens, planted with 70,000 bulbs and 33,000 perennials. Also, there will be two food kiosks built for eating within the gardens and a spiral, granite fountain -- the first new fountain built downtown in about three decades, according to Benepe.

Distinctive lighting will be installed to complement the brand-new seating that has been planned to provide patrons of the park with an area to relax in before hopping on a carousel created by sculptor Barbara Broughel. The carousel will feature marine life figures and a view of the harbor. The Battery Bosque design team includes the Saratoga Associates, Dutch garden designer Piet Oudolf, Weisz-Yoes Architects, and Tillett Lighting Design. The project is expected to be completed this fall, with more plantings scheduled for spring 2005.

When finished, city officials hope the reconstruction effort will transform the area into an open, green space where New Yorkers and tourists not only quickly walk through but also come down specifically to visit and enjoy.

"The park will go from a pass-through park," Benepe said, "into a destination park."



June 8th, 2004, 08:16 PM    #25



**krulltime**
Forum Veteran

Join Date: Sep 2003
Location: Manhattan - UWS
Posts: 4,144

Yeah I always felt that Battery Park lack something. Like it look abandon or something.

> Quote:
> As part of the effort, the area's cracked asphalt and broken cobblestone will be replaced with a new crushed stone surface. There will be 57,000 square feet of gardens, planted with 70,000 bulbs and 33,000 perennials. Also, there will be two food kiosks built for eating within the gardens and a spiral, granite fountain -- the first new fountain built downtown in about three decades, according to Benepe.

That is a big renovation that's for sure.



---

June 16th, 2004, 06:47 PM



**ZippyTheChimp**
Moderator

Join D.
Locati
Posts:



http://www.tribecatrib.com/

# A Carousel Is Coming to Batte Park

by Barry Owens

A carousel is coming to Battery Park. But don't expect to hop aboard another bobbing horse-unless, perhaps,

The carousel pavilion, in the shape of a spiraling shell, will be installed just east of Castle Clinton and will feat life figures created by sculptor Barbara Broughel, bubbled porthole-like windows, and underwater scenes proj carousel's cylinder.

The figures will be translucent and fiber-optically illuminated to create the illusion of the "distinct biology and creature," Broughel said.

"They're going up and down and they are going to go round and round," said Warrie Price, president of The B Conservancy. "But it will be a soft gallup, like riding the back of a whale or dolphin."

The privately funded $2.5 million Battery Carousel, designed by the architecture firm of Weisz and Yoes Studio, is a nod to the city's first aquarium, which was housed at Castle Clinton from 1896 to 1941.

Home Page

News and Press Releases
- Recent Events
- March 2008
- February 2008
- January 2008
- 2007 Events
- 2006 Events
- 2005 Events
- 2004 Events
- 2003 Events
- 2002 Events

Mayoral and City Agencies

Photo Gallery

Biography

MORE RESOURCES

Office of the Mayor

## NEWS from the BLUE ROOM

 Printer Friendly Format

FOR IMMEDIATE RELEASE
PR- 126-03
May 14, 2003

**MAYOR MICHAEL R. BLOOMBERG PRESENTS DORIS C. FREEDMAN AWARD TO FORMER NEW YORK CITY MAYOR EDWARD I. KOCH**

*Former Mayor Established Percent for Art Program, Now Celebrating Its 20th Anniversary*

Mayor Michael R. Bloomberg today presented the distinguished Doris C. Freedman Award to former Mayor Edward I. Koch for his critical role in the enactment of the Percent for Art Law, which led to the creation of the groundbreaking Percent for Art Program in 1983. The Mayor presented the award at a ceremony to mark the 20th anniversary celebration of the program at P.S. 234 in Lower Manhattan. Deputy Mayor for Administration Patricia E. Harris, Department of Cultural Affairs Commissioner Kate D. Levin, City Planning Chair Amanda M. Burden, as well as the three daughters of Doris C. Freedman, Karen Freedman, Nina Freedman, and President of the Public Art Fund Susan K. Freedman joined the Mayor at the ceremony.

"On behalf of New York City, I am honored to present the Doris C. Freedman award to Mayor Edward I. Koch," Mayor Bloomberg said. "For 20 years, the Percent for Art Program, begun by Mayor Koch, has proved its value time and again, producing many public art projects that have brought distinction to our schools and municipal buildings. I thank Mayor Koch for his dedication to public art and his tireless efforts to increase the role of public art in our City, and am committed to building upon his legacy for years to come."

"I am proud to receive this tremendous award at the same time that we celebrate the 20th anniversary of the widely renowned Percent for Art Program," former Mayor Koch said. "The arts serve a vital role in the planning and design, not merely the beautification, of our great City's public spaces and I am very proud to have assisted in the creation of the Percent for Art Program. I also applaud Mayor Bloomberg for continuing the tradition of presenting the Doris C. Freedman Award and for vigorously promoting the arts throughout New York City."

"Thanks to the vision of Doris C. Freedman and the advocacy of Mayor Edward I. Koch, New Yorkers' daily lives have been enriched by the individual creativity of so many great artists," Commissioner

Levin said. "Tonight we renew our commitment to ensuring that public art remains an integral part of the City's landscape."

A long-time advocate for the arts, former Mayor Koch promoted, signed, and oversaw the implementation of the Percent for Art Law. The Law enabled the Department of Cultural Affairs to establish the Percent for Art Program in 1983. The Program directs one percent of the City's budget for certain construction projects toward funding public artworks such as murals, sculptures, street furniture, and other artwork accessible to the public. Now celebrating its 20th year, the Percent for Art Program has commissioned 164 artists who have completed 177 projects at public facilities throughout the City. Fifty new Percent for Art projects are currently in progress.

The Doris C. Freedman Award was established in 1982 by Mayor Koch to acknowledge an individual or organization for "a contribution to the people of the City of New York that greatly enriches the public environment." The award is dedicated to the memory and vision of Doris Chanin Freedman (1928-1981), the founder of the Public Art Fund. Ms. Freedman was an active member of numerous community and educational organizations, and served as New York City's Director of Cultural Affairs, as well as the President of City Walls and the Municipal Art Society. She also worked to establish New York City's Percent for Art legislation, devoting her energies to enrich the public environment. Last year, Mayor Bloomberg presented the award for the first time since 1992, vowing to present it every year of his Administration.

Previous recipients of the Doris C. Freedman Award include the Hugh L. Carey Battery Park City Authority, J.M. Kaplan Fund, Friends of the Upper East Side Historic Districts and its founder Halina Rosenthal, Dancing in the Streets, The Studio in a School, the Port Authority of New York and New Jersey, Richard J. Haas, Mark di Suvero, Margot Gayle, William H. Whyte, and Ronay Menschel.

**CONTACT:**

Edward Skyler / Jerry Russo   (212) 788-2958

Sara Rutkowski   (DCLA)
(212) 643-6690

Copyright 2008 The City of New York

Contact Us | FAQs | Privacy Statement | Site Map

# Sea Glass
## The Carousel at the Battery



Battery Park
STATUS: Design
COMPLETED: 2008
SIZE: Unkown
# COMMENTS: 5

Featured [3]   Renderings [5]   Historic Images [2]   Models [1]



[1/3] Ariel view of Battery Park +Comment



[2/3] Rendering of the Battery Carousel +Comment

The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with Weisz + Yoes Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

The Battery's Aquarium History

**What Do You Think?**



"I love carousels, and so do m
Downtown | 04-12-2007

+ Post Your Comments



http://www.pieaia.org/pie/projects/90/                                    3/31/2008

Public Information Exchange

© 2007 The Public Information Exchange (PIE) is a sesquicentennial initiative of the New York Chapter of the American Institute of Architects.
PIE is made possible with the generous support of the American Institute of Architects New York Chapter and the Center for Architecture Foundation.
National Endowment for the Arts. Powered by Ruby

### The Battery's Aquarium History

The New York Aquarium at the Castle was one of the nation's earliest public aquariums welcoming 2.5 million visitors annually. Until its closing in 1941, the Aquarium was a vital education and scientific center. The proposed Carousel will not only entertain visitors, but inspire and educate... ⬇ more

### Credits

*Architects*
Weisz + Yoes
*Media Design*
Local Projects
*Artist*
Barbara Broughel
*Graphic Design*
Doyle Partners
*Conductor and Composer*
George Steel



"These projections look incredible!!"

New York
04-12-2007 | Report profanity

"What a whimsical project! I think this will b[e a] tourist draw in Battery Park. I love how the [design] resembles a shell."

East Village
04-16-2007 | Report profanity

⬇ Read More

+ Post Your Comments