BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 10023
(212) 873-6200 (phone)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA BROUGHEL<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BATTERY CONSERVANCY, WARRIE PRICE, CLAIRE WEISZ AND MARK YOES, "DBA" WEISZ + YOES<br><br>　　　　　Defendants. | 07 Civ. 7755<br><br><br>ECF Case |

### NOTICE OF CROSS-MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE upon the accompanying Memorandum of Law in Support of Plaintiff's Cross-Motion for a Preliminary Injunction and in opposition to Defendant's motion for Judgment on the Pleadings, the Declarations of Barbara Broughel, Barbara Hoffman, Frederieke Taylor and the Affidavit of Theodore Berger, and upon all papers filed and proceedings held herein, Plaintiff Barbara Broughel hereby cross-moves this Court for an Order pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
      March 31, 2008

                                                                                   /s/ Barbara Hoffman
                                              Barbara Hoffman, Esq. (BH 8931)
                                              The Hoffman Law Firm
                                              330 West 72nd Street
                                              New York, New York 10023
                                              (212) 873-6200

                                              *Attorney for Plaintiff Barbara Broughel*

To:    Margaret Pfeiffer, Esq.
        1701 Pennsylvania Ave., NW Suite 800
        Washington, DC 20006

        and

        Jarrett M. Behar, Esq.
        267 Carleton Avenue, Suite 301
        Central Islip, NY 11722