EXHIBIT D

Barbara Broughel
303 East 8th Street #51
New York, NY 10009
212 353-3770

3/24/06

INVOICE

for completion of services, research, research production, design and production
supervision on design development for the Aquarium Carousel

$20,000

thank you.

This invoice, along with
a large package of documentation
for work I completed on phase 1
was delivered by hand on
3/24/06 along with 1/4:1' scale
floor models

The PRG portion (fabrication)
was sent the previous week
via fed ex.

Altogether they constituted proof
that all work on phase 1 was
completed