```
MAXS ART SUPPLIES
68 POST ROAD EAST
WESTPORT, CT, 06880

TERMINAL I.D.: 42102201    Clay
MERCHANT #  : 028100063296001

MASTERCARD
5262188610642642
SALE                          03/07
BATCH: 000049    INV: 446061
DATE: MAR 11, 06    TIME: 11:58
RRN: 00000000    AUTH: 905288

TOTAL              $6.51

BARBARA BROUGHEL
X  Barbara Broughel
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

MERCHANT COPY
```

Handwritten annotation: *Purchased*

```
 2.20 +
 2.20 +
 2.20 +
 2.20 +
10.59 +
 8.95 +
28.34 ◊

28.34 x
 0.06 =
 1.70 *
 1.70 +
28.34   (circled)
30.04 ◊

30.04 *
30.04 +
23.53 -
 6.51 ◊
 6.51 *
```

```
FedEx Kinko's
Office and Print Center

                                              Page: 1
March 14, 2006 21:11
Receipt #: 176773
MasterCard #: XXXXXXXXXXXX2642
2006/03/14 20:34

Qty  Description                     Amount
 5   ES B&W S/S White 8.5 x11          0.40
 3   ES B&W S/S White 11x17            0.48
 1   ES B&W S/S White 8.5 x11          0.08
 2   ES B&W S/S White 11x17            0.32
14   ES B&W S/S White 8.5 x11          1.12

              SubTotal:                2.40
              Taxes:                   0.14
              Total:                   2.54

The Card holder agrees to pay the Issuer of the
charge card in accordance with the agreement
between the Issuer and the Cardholder.

596 Westport Avenue    (203) 847-7004
Norwalk, CT  06851
www.fedexkinkos.com
Please recycle this receipt.
```

Signature: *Kathy Mayhew*

```
UNITED STATES
POSTAL SERVICE
***** WELCOME TO *****
FAIRFIELD POST OFFICE
FAIRFIELD CT 06824-9998
03/14/06 01:48PM

Store   USPS           Trans     78
Wkstn   sys5004        Cashier   Y184CB
Cashier's Name         lorenzo
Stock Unit Id          WINLORENZO
PO Phone Number        203-255-4591
USPS #                 0833690430

1. First Class                      0.63
   Destination:     12553
   Weight:          1.20 oz.
   Postage Type:    PVI
   Total Cost:      0.63
   Base Rate:       0.63

Subtotal                            0.63
Total                               0.63

Cash                                0.63

Number of Items Sold: 1

A click and easy way to ship
Ship with a click from your home
or business-- with Click-N-Ship
Service at www.usps.com
```

Handwritten margin notes: *Part 2 of 2 (part 1 is '05 part) Complete copy of Unreimbursed (though invoiced) '06 receipts submitted 3/9/06*

## Receipt 1: The Compleat Sculptor

```
THE COMPLEAT SCULPTOR
90 VANDAM
NEW YORK, NY 10013
02/21/06                TID: 02468627
                                    11:17:35
                SALE
451196321991
BATCH: 367
MC xxxxxxxxxxxx2642
APPR CODE: 043624
INV#: 000006

AMOUNT:           $ 156.60
TOTAL:            ============
                  $ 156.60
        CUSTOMER COPY

STYROFOAM
8096263      1    9.99      9.99
M STYROFOAM GLUE
)2888        2   10.99     21.98
TYROFOAM BLOCK 8X8X8
)204         2   19.99     39.98
QUARESIN S 4.4LBS
)135Q        1    5.95      5.95
IREFORM CONTOUR ALUM 15H
)MMENT
)004D
)102         2   19.99     39.98
QUARESIN L 2.2LB
)402         1    9.99      9.99
QUARESIN THX-6 2OZ
                 ------
ub-total              144.15
AX                     12.45
                 ------
otal                  156.60

                      156.60
ISA                     0.00
harge

    barbara broughel
    303 e 8 st
    New York, NY 10009
    (212) 353-3770
```

## Receipt 2: Mail Boxes Etc.

```
***** **** SALE ******************
    Mail Boxes Etc.
r - Business Easier. Worldwide.
*****************     *****
70 Drw:03 ID:389 Clerk:ADMIN
                            11:42:08
        Center #129
        606 Post Rd E.
        Westport, CT 06880
        Phone 203-222-7171

Description       Unit      Ext
Packaging Material 4.00S   4.00
Packaging Service 10.00   10.00
Retail Shipping Su 4.25S   4.25
Packaging Material 1.50S   5.50
                          -----
        Sub Total:         23.75
        Sales Tax:          0.83
        Total Sale:        24.58

            Cash:          24.58
            Change:         0.00

isit our Web Site at www.MBE...
```

## Receipt 3: Art Supply Warehouse (Norwalk)

```
            ART SUPPLY WAREHOUSE
                360 MAIN AVE
              NORWALK, CT 06851
            OFFICE (203) 846-2279
              FAX (203) 849-0845

305941  R2 348094  02/20/06  05:58P  JG
ITEM DESC              PRICE QTY  TOTAL

R081494                10.79  1   10.79
WIREFORM STUDIO AL 16
X20  Fish sculpture not returned
 LIST                  12.95
 EVERYDAY PRICE        11.99

MISC                   29.69  1   29.69
MISC SKU

40633                   9.46  1    9.46
O/H OIL 40ML O/H LT RED
 LIST                  11.95
 EVERYDAY PRICE        10.51

51927                   9.88  9   88.92
PREMO LB BAR 5001-WHITE
 LIST                  14.99
 EVERYDAY PRICE        10.98

53327                   6.91  1    6.91
POTTERY TOOL KIT
 LIST                  18.50
 EVERYDAY PRICE         7.68

42510                   5.92  2   11.84
CELLUCLAY 2 WHITE LB
 LIST                   7.95
 EVERYDAY PRICE         6.58

42512                  26.71  1   26.71
CELLUCLAY 2 WHITE 5LB
 LIST                  34.00
 EVERYDAY PRICE        29.68

60255                   6.89  1    6.89
SER 1 OIL 40ML ZINC B
UFF
 LIST                   9.95
 EVERYDAY PRICE         7.66

R56050                  5.31  4   21.24
ACTIVA RIGID WRAP #23
1
 LIST                   5.90
 EVERYDAY PRICE         5.90


MERCHANDISE                      212.45
SALES TAX                         12.75
ORDER TOTAL                      225.20
M/C AMOUNT                       225.20

*SAVINGS 10%                     990.64
*YOUR TOTAL SAVINGS              990.64
RETURNS FOR UNOPENED UNUSED PRODUCT
ACCOMPANIED WITH ORIGINAL RECEIPT
WITHIN 30 DAYS OF PURCHASE. NO RETURNS
ON PAPER, BOARDS, FURNITURE, EASELS,
PROJECTORS, LIGHT BOXES, PORTFOLIOS,
BOOKS AND AIRBRUSH EQUIPMENT.

PLEASE SIGN UP ON OUR EMAIL LIST
FOR SPECIAL UN-ADVERTISED SPECIALS
JUST FOR EMAIL LIST CUSTOMERS!!!
```

## Receipt 4: Art Supply Warehouse (MasterCard Slip)

```
            Art Supply Warehouse
                360 Main Ave
              Norwalk, CT 06851

TERMINAL I.D.:                   064800

MERCHANT #:              45100901444602

MASTERCARD
************2642
SALE
BATCH: 000148        INVOICE: 419888
DATE: MAR 11, 06     TIME: 13:58
RRN: 08450035        AUTH NO: 675386


TOTAL            $55.75


BARBARA BROUGHEL


            CUSTOMER COPY

FRDRX 10" ROUND ST CN
NVAS
 LIST                   7.30
 EVERYDAY PRICE         6.42

44747                  19.78  1
CLASSIC GLASS PALETTE
W/VINYL
 LIST                  29.95
 EVERYDAY PRICE        21.98

*SAVINGS 10%
*YOUR TOTAL SAVINGS
RETURNS FOR UNOPENED UNUSED PRODUCT
ACCOMPANIED WITH ORIGINAL RECEIPT
WITHIN 30 DAYS OF PURCHASE. NO RETU
ON PAPER, BOARDS, FURNITURE, EASELS
PROJECTORS, LIGHT BOXES, PORTFOLIOS
BOOKS AND AIRBRUSH EQUIPMENT.

PLEASE SIGN UP ON OUR EMAIL LIST
FOR SPECIAL UN-ADVERTISED SPECIALS
JUST FOR EMAIL LIST CUSTOMERS!!!
```

## Airbill 1

**FedEx US Airbill** — Tracking Number: 8560 4892 9140 — 0200 — Sender's Copy

From:
- Date: 3/13/06
- Sender's Name: BARBARA BROUGHEL
- Phone: (203) 682-4556
- Address: 160 HILLSPOINT ROAD
- City: WESTPORT  State: CT  ZIP: 06880

To:
- Recipient's Name: KATHY MAYHEW
- Phone: 845 567 5761 x76
- Company: SCENIC TECHNOLOGIES
- Address: 539 Temple Hill Road
- City: New Windsor  State: NY  ZIP: 12553
- Note: Arr: Tues Mar 14th

Service: FedEx Priority Overnight
Packaging: FedEx Envelope
Payment: Sender
Credit Card No.: 5262 1886 1064 2642  Exp: 08/07
Total Declared Value: 17.44
Signature Option: 520

---

## Airbill 2

**FedEx US Airbill** — Tracking Number: 8560 7241 8945 — 0200 — "Conservancy" — Sender's Copy

From:
- Date: 3/14/06
- Sender's Name: BARBARA BROUGHEL
- Phone: (203) 682-4556
- Address: 160 HILLSPOINT ROAD
- City: WESTPORT  State: CT  ZIP: 06880

To:
- Recipient's Name: PAT KIRSHNER
- Phone: (212) 344-3491 x13
- Company: The Battery Conservancy
- Address: 2 New York Plaza, Concourse Level
- City: New York  State: NY  ZIP: 10004

Service: FedEx 2Day
Packaging: FedEx Envelope
Special Handling: No dangerous goods
Payment: Credit Card
Total Packages: 1  Total Weight: 0.50  Total: 11.36
Signature Option: 520

Barbara Broughel
303 East 8th Street #5F
New York, NY 10009
212 353-3770

3/08/06

INVOICE

For reimbursements for the following equipment, materials and outside resources used in connection with design development for the Aquarium Carousel:

Materials:
- 156.60     white model
- 26.69     white model (armiture)

Production Services:
- 421.50     video editing
- 120.00     outside sculpture assistance – white model
- 112.50     outside sculpture assistance – white model

Research:
- 10.00     bronx zoo – carousel research
- 9.00     books: species research
- 71.32     books: species research
- 96.23     aquarium: species research
- 76.70     books: species research

Equipment:
- 82.67     video/photo card –species research
- 1,025.39     video equipment –species research

Packing/Shipping Services:
- 108.00     materials pick-up – white model
- 24.58     ups-white model

TOTAL
    2,422.18

thank you.

1/16/06

Received by Jaclyn Conley

$197.50 for research assistance on Marine Species performed on 1/25/06 and 1/16/06

_____    _1/16/06_
Jaclyn Conley                       date

Barbara Broughel
303 East 8th Street #5F
New York, NY  10009
212 353-3770

3/08/06

INVOICE

For finalization of dimensional scaled drawings, painted color renderings and 3-dimensional scaled white model for 1:1 figure mock-up.

$10,000.00

thank you.

2/23/06

Received by Jaclyn Conley

$108.00 for NYC materials pick-up for white model of Balistes Vetula on 2/21/06

_____     _2/21/06_
Jaclyn Conley                         date

2/25/06

Received by Bridget Daniels

$112.50 for assistance on White Model

_____      2/25/06
Briget Daniels              date

2/24/06

Received by Bridget Daniels

$120.00 for production assistance on white model for

Balistes Vetula on 2/24/06

_____    2/24/06
Bridget Daniels              date

auto-confirm@amazon.com, 1/7/06 8:50 AM -0800, Your Order with Amazon.co       1

To: broughel@earthlink.net
From: "auto-confirm@amazon.com" <auto-confirm@amazon.com>
Subject: Your Order with Amazon.com

Content-Type: text/html;

Amazon.com Logo

**Thanks for your order, Barbara Broughel!**

**Want to track your order status?**
**Learn how with our animated demo!**

Did you know you can view your orders online, 24 hours a day? Click Your Account to:

- Access "Where's My Stuff?"
- Do much more...

**Purchasing Information:**          **E-mail Address:** broughel@earthlink.net
**Billing Address:**
Barbara Broughel
303 East 8th St #5F
New York, NY 10009
United States
     **Shipping Address:**
Barbara Broughel
160 Hillspoint Rd
Westport, CT 06880-6104
United States

**Order Grand Total: $76.70**   Earn 3% rewards on your Amazon.com purchases with the Amazon Visa Card. Learn More **Order Summary:** Your purchase has been divided into 6 orders. **Order #1: daisydog7**
Have questions about this order? Please contact the seller.. **Order #:** 058-7214809-0400552
**Shipping Method:** Standard Shipping Subtotal of Items: $5.05 Shipping & Handling: $3.49  ------
**Total for this Order: $8.54**

**Shipping estimate for these items:** January 11, 2006
  1 "The Pocket Guide To The Care And Maintenance Of Aquarium Fish"
Richard Crow; Hardcover; $5.05

Order #2: auctionbullet_com
Have questions about this order? Please contact the seller.. **Order #:** 058-6274630-7177328
**Shipping Method:** Standard Shipping Subtotal of Items: $5.25 Shipping & Handling: $3.49  ------
**Total for this Order: $8.74**

**Shipping estimate for these items:** January 11, 2006
  1 "Complete Aquarium"
Peter W. Scott; Paperback; $5.25

Order #3: booksbychance
Have questions about this order? Please contact the seller.. **Order #:** 058-0751239-9755769
**Shipping Method:** Standard Shipping Subtotal of Items: $3.98 Shipping & Handling: $3.49  ------
**Total for this Order: $7.47**

**Shipping estimate for these items:** January 11, 2006
  1 "Marine Reef Aquarium Handbook"
Robert J. Goldstein; Paperback; $3.98