EXHIBIT F

July 12, 2006



Barbara Broughel
160 Hillspoint Road
Westport, CT 06880

Dear Barbara,

We are delighted to work with you to continue the development of the sea creature figures for the Battery Carousel.

As part of your involvement on the project you produced work for Weisz + Yoes. We have now agreed that you will, from today forward, be working directly for the Conservancy.

Services that you provided under contract with Weisz + Yoes were as follows:

1. Collaborated with Design Team to develop the interior design elements of the Carousel
2. Overall Plan for Carousel figures
3. Model of the Carousel and figures
4. Prototype of one full scale figure produced by PRG

In the near future, you will produce for the Conservancy a schematic, scalable design for each of the individual Carousel Figures showing human scale relationship and size. These sketches whether produced by hand or computer, will indicate color, scale, and pattern concepts.

You will be producing 10 - 12 initial experimental resin samples in the next 12 days with the goal of determining material direction for the Carousel figures. We expect this to cost ~ $250 and not to exceed $300.

We would like you to direct the production of a full scale prototype model of half a fish, overseeing the modeling, mold making, casting and finishing including lighting. Selection of the modelers and mold makers is up to you..

Your current guess of the costs to fabricate this model are as follows:

    Modeling                 $10,000
    Mold making              $3,000 – $5,000
    Casting and armature     $4,500

Please note that you cannot proceed with the fabrication of this model until the Conservancy has secured the funding.

Please acknowledge by signing below and returning an original to the Conservancy. Thank you and we look forward a productive collaboration to move the figures to the next level.

7.12-06

Barbara Broughel                    date          Pat Kirshner                    date
Artist                                            The Battery Conservancy

The Battery Conservancy
New York Plaza, Concourse, New York, NY 10004  T. 212 344-3491  F. 212 344-3496
www.thebattery.org