# EXHIBIT H

SeaGlass :



courtesy of **Weisz + Yoes**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights. — *my exact words from my proposal*

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride (combines art, architecture, music and film to create a "fintastic" adventure.
— *was also part at least, my terrain*

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.

*—the uninterrupted landscape layout was my idea, as was the anemone in the center, which was to be fragile + unrideable, but spectacular lighting-wise*



rendering courtesy of **Weisz + Yoes**



from BB's original proposal
← that won the commission

Fiberglass prototype!

↑
" a polyresin sea creature filled w/ undulating fiber-optic lights "



The ascending cylinder is being designed as a magic lantern. During the first minute of the ride to give children the sensation of going deeper under water. This is coordinated with the Smart Glass walls moving from transparency to sea deep blue.

The lantern ascension also reveals a magnificent anemone sculpture in the middle of the carousel. Because of the use of amusement ride technology versus traditional carousel engineering, SeaGlass presents a totally unobstructed experience for children as they ride on thirty three sea creature figures.

The idea of going from a daylight to a darkened space was my concept (+ in my original proposal) with the idea (used here) that once darkened, the interior would be lighted entirely by the interior lighted sea creatures themselves, some projected images and (possibly {if they could afford it} a lighted flow,

Be among the **FIRST *FIN-TASTIC* FRIENDS** of the Carousel.

Gifts of $100 guarantee a reserved commemorative ticket for the Carousel's premiere month.

Send contributions payable to The Battery Conservancy to:

**The Battery Conservancy**

**1 New York Plaza, Concourse**

**New York, NY 10004**

Contact Rachael Gilkey at (212) 344-3491 x14
for information on sponsorship/naming opportunities.

## The Carousel Sea Creatures





← BB's model for the floor layout for 1/32nd scale model

I have a larger-scale model for the whole floor, too, w/ more detail in it

## The Battery's Aquarium History

and in this version, #19 (seahorse), #8 (snail) (the center anemone) #23, the hammerhead #11, the turtle #1      and  the dolphin #12 were part of my design...

Case 1:07-cv-07755-GBD     Document 37-10     Filed 04/01/2008     Page 6 of 9



rendering courtesy of **Weisz + Yoes**



Fiberglass p

Case 1:07-cv-07755-GBD     Document 37-10     Filed 04/01/2008     Page 7 of 9

The Battery Carousel



## The Battery's Aquarium History

The New York Aquarium at the Castle was one of the nation's earliest public aquariums welcoming 2.5 million visitors annually. Until its closing in 1941, the Aquarium was a vital educational and scientific center. The proposed Carousel will not only entertain visitors, but inspire and educate them.

The Conservancy is working with the New York Aquarium at Coney Island to develop a ferry link from The Battery waterfront to a dock near the aquarium. Information on exhibitions and events at the Aquarium will be available at the Carousel site along with educational materials for the Carousel's sea creatures.



SUBSCRIBE & SAVE 75%!
PLUS, GET THE ADRENALINE ISSUE
GUARANTEED!
CLICK HERE

# WIRED MAGAZINE: ISSUE 15.07

Culture : Design

# Translucent Dolphins Go Round on a Reinvention of the Carousel

John Rosenthal ✉ 06.26.07 | 2:00 AM

- ✉ Email Article
- 🖶 Print
- 🗐 Full Page
- 💬 Comments





Evil/Genius

1. Futurist Ra
   (and Pills) t
2. Hi-Fi Voice
3. Top 10 Wir
   by You
4. Nanotech P
   Gadget Cen
5. Reznor vs.
   Smackdow
6. NSFW Gall
   Masturbatic
   Sex Show
7. Prepare for
   Are About t
8. MySpace an
   And Fast.

🔍
START
PREVIOUS: Hey America, Make With the !@~$ High-Speed Rail Already

NEXT: In Italy, CIA Agents Were Undone By Their Cell Phones

The architects at Weisz + Yoes didn't set out to reinvent the merry-go-round. But when the firm was asked to transform Manhattan's Battery Park into a tourist magnet, that's exactly what it ended up doing.

The original goal was for something that would light up the park at night. Then somebody suggested a carousel, and the wheels started turning. Soon they'd enlisted the help of media design firm Local Projects and were hard at work on SeaGlass, a high tech ride with an aquatic theme — a nod to the waterfront setting.

Instead of garishly painted horses, the seats will be translucent fiberglass molded into dolphins, turtles, clownfish, and other marine life. And unlike a traditional carousel, which spreads out from a center column like an umbrella, these creatures will be supported from below on a turntable, allowing unobstructed 360-degree views. All this will be housed in a nautilus-shaped structure featuring 93 SmartGlass windows that darken during the three-minute ride to simulate the experience of diving to the ocean floor. The final touch: Multiple projectors will fill the interior with images of marine life that slowly change to match what you'd actually see during a descent. Construction is set to start this year, with completion by summer 2008. No doubt it will make a big splash.

submit        Digg submit        Yahoo! Buzz 🔵

Stumble
ShareThis

Search Wired

[                    ]    Top Stories

GO

Related Topics:

9.    How Apple
      Everything

10.   Gear Blog F
      the Compet

## Comments (0)

Want to start a new thread or reply to a post?
Login/Register and start talking!

There are no comments

Login/Registration

**Roxio Official Site**
New Easy Media Creator 10 Software Create CDs & DVDs Like A Pro!
www.roxio.com

Ads by Google

**Subscription:** Subs
Questions | Change

**Quick Links:** Conta
Wired Mobile | FAC

Corrections | Cc
Wired Insider | :

Subscribe | Subscription Questions | Renew Subscription | Give a Gift | International Subscriptions | Advertising | Media Kit | Careers

Visit Our Sister Sites: Concierge.com | Epicurious.com | Men.style.com | Style.com | Flip.com | Wired.com | Lipstick.com | NutritionData | YM.com | Allure | Brides | Cookie | Condé Nast Portfolio | Domino | Glamour | Gourmet | Lucky | Men's Vogue | Self | Teen Vogue | The New Yorker | Vanity Fair | W

[ Subscribe to a magazine: ]

© 2008 CondéNet, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy

3/28/2008

http://www.wired.com/culture/design/magazine/15-07/st_nydive