UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| BARBARA BROUGHEL, | : | |
| | : | |
| Plaintiff, | : | Case No. 07-cv-7755 (GBD) |
| | : | |
| -against- | : | **NOTICE OF MOTION** |
| | : | **FOR JUDGMENT ON THE** |
| THE BATTERY CONSERVANCY, WARRIE | : | **PLEADINGS PURSUANT** |
| PRICE, CLAIRE WEIZ AND MARK YOES, | : | **TO FED. R. CIV. P. 12(c)** |
| "DBA" WEISZ + YOES, | : | |
| | : | **ORAL ARGUMENT REQUESTED** |
| Defendants | : | |

-------------------------------------------------------------x

  **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Memorandum of Law in Support of Defendants' Motion for Judgment on the Pleadings, filed on behalf of defendants The Battery Conservancy and Warrie Price on March 3, 2008 (Docket No. 23), and the pleadings and prior proceedings in this action, defendants Claire Weisz and Mark Yoes d/b/a Weisz + Yoes Architecture s/h/i as Claire Weisz and Mark Yoes "DBA" Weisz + Yoes ("W+Y") will move this Court at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, Room 630, New York, New York 10007, on April 28, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(c), granting W+Y judgment on the pleadings dismissing the First Amended Complaint, together with such other and further relief as this Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1, any opposing affidavit and memoranda shall be served on or before April 18, 2008, and any reply affidavits and memoranda of law shall be served on or before April 25, 2008.

2

Dated: Central Islip, New York
       April 4, 2008

                                                  SINNREICH & KOSAKOFF LLP

                                                  By:_____/s/ Jarrett M. Behar_____
                                                        Jarrett M. Behar (JB-4983)
                                                267 Carleton Avenue, Suite 301
                                                Central Islip, New York 11722
                                                (631) 650-1200

                                                Attorneys for Defendants
                                                *Claire Weisz and Mark Yoes d/b/a Weisz + Yoes*
                                                *Architecture s/h/i as Claire Weisz and Mark*
                                                *Yoes "DBA" Weisz + Yoes*

F:\Data\1358-05\Notice of Motion for Judgment on Pleadings.doc