



Pisco  1/12th scale



Bigeye 3  1/12th scale





Sea Turtle #1   1/12th scale



Sea turtle #2   1/12th scale




Octopus   1/12th scale.

Hammerhead   1/12th scale






## Sea Glass Chandelier

