




Gable 1/12th scale

Orca 1/12th scale






# SeaGlass : The Carousel at The Battery

[ See what's new ]



courtesy of **Weisz**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.



Enjoy the video soundtrack featuring an excerpt from *Daphnis et Chloé*, Maurice Ravel's one act ballet from 1912.

[ to download the movie, right-click here and select save as ]

Credits:

weisz + yoes : Architects

Local Projects : Media Designer

Doyle Partners : Graphic Design

George Steel : Conductor and Composer

video and images courtesy of Local



rendering courtesy of **Weisz + Yoes**



**Be among the FIRST *FIN-TASTIC FRIENDS* of the Carousel.**

Gifts of $100 guarantee a reserved commemorative ticket for the Carousel's premiere month.

Send contributions payable to The Battery Conservancy to:

The Battery Conservancy

1 New York Plaza, Concourse

New York, NY 10004

Contact Rachael Glikey at (212) 344-3491 x14
for information on sponsorship/naming opportunities.

## The Carousel Sea Creatures





## The Battery's Aquarium History

The New York Aquarium at the Castle was one of the nation's earliest public aquariums welcoming 2.5 million visitors annually. Until its closing in 1941, the Aquarium was a vital educational and scientific center. The proposed Carousel will not only entertain visitors, but inspire and educate them.

The Conservancy is working with the New York Aquarium at Coney Island to develop a ferry link from The Battery waterfront to a dock near the aquarium. Information on exhibitions and events at the Aquarium will be available at the Carousel site along with educational materials for the Carousel's sea creatures.


The New York Aquarium in Battery Park circa 1900


Interior of the New York Aquarium circa 1900



**SeaGlass** : The Carousel at The Battery
Updated Images



Tickets will be purchased onsite or online. During the high demand season, timed tickets will be available.

The location of the carousel within seven acres of woodland allows children and families the opportunity to wait for a ride in a beautiful landscape, where they can picnic, and play spontaneous games of soccer, frisbee or chase.

The carousel is adjacent to a planned new play experience which will occupy one acre of parkland.



Children will be entertained from the moment they enter the SeaGlass Nautilus Pavilion, where they will first be met by interactive video in which their motion diffuses projected video imagery.



Notice the transparency of the wall: Smart Glass panels surround the carousel.

As children ride the phosphorescent glowing sea creatures, they will be enchanted by video projections on the structural elements of the Pavilion.



BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 10023
(212) 873-6200 (phone)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BARBARA BROUGHEL

Plaintiff,

v.

THE BATTERY CONSERVANCY, WARRIE PRICE, CLAIRE WEIZ AND MARK YOES, "DBA" WEISZ + YOES

Defendants.

## FIRST AMENDED COMPLAINT

THE HOFFMAN LAW FIRM
Attorney for Plaintiff
330 West 72nd Street
New York, NY 10023
(212) 873-6200