# EXHIBIT 6

Case 1:07-cv-07755-GBD   Document 20-7   Filed 03/03/2008   Page 1 of 4



# EXHIBIT 7

