Margaret K. Pfeiffer (MP4552)
Rita M. Carrier (RC3847)
Susan K. Nash (SN1123)
1701 Pennsylvania Ave., N.W.
Washington, D.C.  20006
Tel.:  (202) 956-7500
Fax:  (202) 293-6330

*Attorneys for Defendants/Counterclaimants*
The Battery Conservancy and Warrie Price

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
:
BARBARA BROUGHEL,    :
:
               Plaintiff,    : No. 07 Civ. 7755 (GBD)
      v.    :
: ECF Case
THE BATTERY CONSERVANCY,    :
WARRIE PRICE, CLAIRE WEISZ, AND    :
MARK YOES, "DBA" WEISZ + YOES,    :
:
               Defendants.    :
:
------------------------------------------------------- x

**DECLARATION OF RITA M. CARRIER IN SUPPORT OF DEFENDANTS'
MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S CROSS-
MOTION FOR A PRELIMINARY INJUNCTION**

CITY OF WASHINGTON    )
                           ) ss.:
DISTRICT OF COLUMBIA    )

       RITA M. CARRIER declares:

1. I am counsel to Defendants The Battery Conservancy and Ms. Warrie Price in this action.

2. I am duly admitted to, and a member in good standing of, the Bars of the State of New York and of this Court.

3. I submit this declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiff's Cross Motion for a Preliminary Injunction.

4. Attached hereto are true and correct copies of the following:

   (i)    EXHIBIT A:  Oct. 24, 2007 Letter to Barbara Hoffman;

   (ii)   EXHIBIT B:  Nov. 5, 2007 Letter to Barbara Hoffman;

   (iii)  EXHIBIT C:  Plaintiff's Initial Disclosures under Fed. R. of Civ. P. 26(a)(1);

   (iv)   EXHIBIT D:  Supplement to Plaintiff's Initial Disclosure Under Fed. R. Civ. P. 26(a)(1) (Dec. 3, 2007);

   (v)    EXHIBIT E:  Supplement to Plaintiff's Initial Disclosure Under Federal Rules of Civil Procedure 26(a)(1)(C) (Dec. 10, 2007).

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct. Executed on this 14th day of April, 2008.

 /s/
Rita M. Carrier (RC3847)
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-5805
Tel.: (202) 956-7500
Fax: (202) 293-6330

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing Carrier Declaration has been served on all counsel this 14th day of April, 2008, via ECF.

                                                             /s/
                                            Rita M. Carrier