# Exhibit A

1701 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-5805

October 24, 2007

Barbara T. Hoffman, Esq.,
   The Hoffman Law Firm,
      330 West 72nd Street,
         New York, NY 10023.

Re: *Broughel* v. *The Battery Conservancy and Warrie Price*

Dear Ms. Hoffman:

      I write in response to your letter dated October 11, 2007, expressing, for the first time, a willingness to settle this dispute.

      In our letter to you dated June 18, 2007, the Conservancy made what it believes to be a generous offer of settlement to Ms. Broughel. Despite Ms. Broughel's ignoring that offer and instituting litigation, the Conservancy remains willing to settle on these earlier-offered terms. The Conservancy is also open to considering any terms Ms. Broughel would be willing to settle on, with one caveat: under no circumstances will the Conservancy agree to have her involved in the Carousel Project, in any capacity.

      We look forward to hearing from you.

      With kind regards.

                                      Sincerely,

                                      Margaret K. Pfeiffer

cc:    Ms. Warrie Price
        Ms. Pat Kirshner