# Exhibit B

1701 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006-5805

November 5, 2007

<u>By Facsimile</u>

Barbara T. Hoffman, Esq.,
   The Hoffman Law Firm,
      330 West 72nd Street,
         New York, New York 10023.

      Re:   *Broughel v. The Battery Conservancy and Warrie Price*

Dear Ms. Hoffman:

      During our 26(f) conference call on October 29, 2007, you inquired whether the Conservancy was making any use of Ms. Broughel's work in connection with the Carousel Project in the context of seeking a temporary restraining order. At that time we informed you that we were not aware of any use being made of Ms. Broughel's work and reminded you, as set out in the Answer and Counterclaim, that her work was not usable. We undertook to confirm with the Conservancy whether there was any use of Ms. Broughel's work of which we were unaware. We have spoken with the Conservancy and can confirm that the Conservancy is working on the development of a new design for the interior of the carousel to be installed in the pavilion designed by Weisz + Yoes, and that that design does not make any use of Ms. Broughel's work. Furthermore, items that Ms. Broughel created that are in the Conservancy's possession are in storage, and the Conservancy is not using or displaying them, nor does it have any intention of doing so in any way in the future.

Please let us know if you have any further questions.

Sincerely,

*Rita Carrier*

Rita M. Carrier


cc:   Ms. Warrie Price
      Ms. Pat Kirshner