# Exhibit C

BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 10023
(212) 873-6200 (phone)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA BROUGHEL<br><br>Plaintiff,<br><br>v.<br><br>THE BATTERY CONSERVANCY,<br>AND WARRIE PRICE<br><br>Defendants. | Index No. 07CV7755<br>Judge Daniels<br><br>**PLAINTIFF'S INITIAL<br>DISCLOSURES UNDER<br>FED. R. OF CIV. P. 26(a)(1)** |

Plaintiff Barbara Broughel submits the following in accordance with Federal Rule of Civil Procedure 26(a).

1.   Initial Disclosures:

 (A) the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

> Jennifer McGregor (curator)
> Wave Hill
> Bronx, NY
> 718 549-3200 x204
>
> Ted Berger
> NYFA
> tedsberger@aol.com

1

Frederieke Taylor
535 West 22nd Street
New York, NY  10011
646 230-0992

Warrie Price
The Battery Conservancy
1 New York Plaza, Concourse Level
New York, NY  10004
wprice@thebattery.org

Pat Kirshner
The Battery Conservancy
1 New York Plaza, Concourse Level
New York, NY  10004
W:212 344-3491 ext. 13, cell: 646 201-0445
pkirshner@thebattery.org

David ? (Pat Kirshner's assistant)
The Battery Conservancy
1 New York Plaza, Concourse Level
New York, NY  10004
W:212 344-3491 ext. (11?)

Steve Lagerstrom (Pat Kirshner's assistant w/cardboard layout)
The Battery Conservancy
1 New York Plaza, Concourse Level
New York, NY  10004
W:212 344-3491 ext. (11?)

Barbara Hertel
The Battery Conservancy
1 New York Plaza, Concourse Level
New York, NY  10004
W:212 344-3491 ext. 10
bhertel@thebattery.org

Claire Weisz
Weisz + Yoes Architects
224 Centre Street, 5th Floor
New York, NY  10013
Claire@wystudio.com
212 219-1953

2

Katie Dixon
Weisz + Yoes Architects
224 Centre Street, 5th Floor
New York, NY  10013
Katie@wystudio.com
212 219-1953
cell: 917-822-1787

Mark Yoes
Weisz + Yoes Architects
224 Centre Street, 5th Floor
New York, NY  10013
212 219-1953

Jake Barton (media designer)
Local Projects
315 West 39th Street, Suite 908
NY, NY  10018
jake@localprojects.net
212 480-0479

Steven Doyle (graphic designer)
Doyle Partners
1023 Broadway
212 463-8787

James Lehner
Scenic Technologies
539 Temple Hill Road
New Windsor, NY  12553
845 567-5740

Kathy Mayhew
Scenic Technologies
539 Temple Hill Road
New Windsor, NY  12553
845 567-5740

Bill Klopping (plastics consultant to Scenic Technologies)
Beyond Design 807 Pines Brook Road
Walton, NY  13856
Klopping13@yahoo.com
607 865-7174
cell: 607 287-0328

Ivan Schwartz (fabricators, 2nd prototype)
Studio EIS
55 Washington Street, Suite 400
Brooklyn, NY  11201
718 797-4561

Elliot Schwartz (fabricators, 2nd prototype)
Studio EIS
55 Washington Street, Suite 400
Brooklyn, NY  11201
718 797-4561

BJ (EIS assistant assigned to my project)
55 Washington Street, Suite 400
Brooklyn, NY  11201
718 797-4561

Mario Noto (skin samples and plastic fabricator for 2nd prototype and chandelier)
Fine Art Acrylics
10-06 38th Avenue
LIC, NY  11101
718 937-1977

Dr. Raymond Peters (ocularist for 2nd prototype)
5633 Strand Blvd, Suite 308
Naples, FL  34109
239-8486
239 593-0045
cell: 239 821-1684


(B)     a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

(1)     correspondence

(2)     invoices and receipts

4

      (3)    schedule of hourly rate

      (4)    list of property to be returned to Plaintiff (Conservancy)

      (5)    Plaintiff's copyrighted images (Plaintiff)

      (6)    images of the conceptual design (Conservancy website)

      (7)    models, drawings and designs created by Plaintiff

(C)    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

      (1)    copyright damages for willful infringement

      (2)    damages for breach of contract including injury to reputation, loss of profits

      (3)    breach of implied covenant of good faith and fair dealing

      (4)    compensation for Plaintiff's invoiced services in an amount of approximately $50,000

      (5)    intentional or negligent infliction of emotional distress

(D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or

all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

No insurance.

Dated: New York, New York
November 20, 2007

Respectfully submitted,

By: /s/ Barbara Hoffman
Barbara Hoffman, Esq. (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 10023
(212) 873-6200

*Attorney for Plaintiff Barbara Broughel*