**weisz + yoes** architecture
FIRM EXPERIENCE

# the battery bosque carousel

location the battery, new york  client the battery conservancy  status in construction  lead designers mark yoes + claire weisz

Weisz + Yoes worked on the redevelopment of the Bosque, Playground and Lawn for the Battery Conservancy with the Prime Landscape Architects the Saratoga Associates and Dutch garden designer Piet Oudolf. This collaborative design approach has created a series of public spaces and designs that will bring a contemporary sensibility to this historic park in great need of upgrade.

In addition to designing food service kiosks, benches and a fountain, the firm came up with and developed a carousel based on the theme of sea life that links this new feature with the original New York Aquarium. Even before its public announcement, The Battery Park Carousel was recently featured as 'The Best of New York' in the *New York Post* when viewed at the recent *Going Public* exhibition at the Architecture Center.



