SeaGlass : The Carousel at The Battery

[ See what's new ]



courtesy of **Weisz**

**SeaGlass**: The Carousel at the Battery is an innovative, aquatic-themed ride for Downtown residents, workers and visitors from around the world.

The Carousel is a unique children-of-all-ages experience. Conceived by the Battery Conservancy with **Weisz + Yoes** Architects, it enchants through movement, light and music. A ride-the-waves turntable supports 33 poly-resin sea creatures filled with undulating fiber optic lights.

All of one's senses are engaged and heightened. You are one with the sea. This unforgettable ride combines art, architecture, music and film to create a "fintastic" adventure.

The Carousel recalls the Battery's history as site of the city's first aquarium from 1896 to 1941. A boat is planned to ferry families from the Battery to Coney Island to visit today's New York Aquarium.



Enjoy the video soundtrack featuring an excerpt from *Daphnis et Chloé*, Maurice Ravel's one act ballet from 1912.

[ to download the movie, right-click here and select save as ]

Credits:

weisz + yoes : Architects

Local Projects : Media Designer

Doyle Partners : Graphic Design

George Steel : Conductor and Composer

video and images courtesy of Local