# THE HOFFMAN LAW FIRM

330 WEST 72ND STREET

NEW YORK, N.Y. 10023

TELEPHONE: 212 873 6200
FACSIMILE: 212 974 7245

BARBARA T. HOFFMAN
artlaw@mindspring.com
www.hoffmanlawfirm.org

**SO ORDERED**

*George B. Daniels*

HON. GEORGE B. DANIELS

April 24, 2008



*VIA FACSIMILE*

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: <u>Barbara Broughel v. The Battery Conservancy, et al., 1:07-cv-7755</u>

Dear Judge Daniels:

I represent the Plaintiff Barbara Broughel in the above-captioned action.

I returned to my office today from vacation and received a letter dated April 18, 2008 from the attorney for the Defendant Weisz + Yoes ("W + Y"), which letter was endorsed by the Court on April 24, 2008.

There was apparently a misunderstanding between the attorney for the Defendant W + Y and myself as to his intent to file answering papers to Plaintiff's motion for a preliminary injunction. Defendants' answering papers are, by virtue of the Order, now due on May 3, a Saturday, and under the Local Rules 6.1 Plaintiff has until Monday, May 12 to reply.

Plaintiff's reply papers to the answer of Defendants Battery Conservancy and Warrie Price are now due on May 2. Rather than have Plaintiff prepare two sets of reply papers on her motion for a preliminary injunction, Plaintiff requests that her reply papers be consolidated and submitted in response to all Defendants on May 9, 2008. This is no later than the date originally scheduled for the last reply before changes in the motion briefing schedule to accommodate various parties.

Thank you in advance for your consideration and patience.

Respectfully submitted,

Barbara Hoffman

cc: Margaret Pfeiffer *(via facsimile and email)*
 Jarrett M. Behar *(via facsimile and email)*
 Barbara Broughel *(via email)*