# THE HOFFMAN LAW FIRM

330 WEST 72ND STREET
NEW YORK, N.Y. 10023

TELEPHONE: 212 873 6200
FACSIMILE: 212 974 7245

BARBARA T. HOFFMAN
artlaw@mindspring.com
www.hoffmanlawfirm.org

May 5, 2008

*VIA HAND DELIVERY*

Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re:    Barbara Broughel v. The Battery Conservancy, et al., 1:07-cv-7755

Dear Judge Daniels:

I represent the Plaintiff Barbara Broughel in the above captioned matter.

Enclosed herein please find courtesy copies of the papers filed in answer to Defendants Battery Park Conservancy, Warrie Price and Weisz + Yoes' Motion for Judgment on the Pleadings and in Support of Plaintiff's Motion for a Preliminary Injunction.

The following papers are included:

Filed 3/31/2008:
- Notice of Cross-Motion for a Preliminary Injunction
- Cross-Motion for a Preliminary Injunction (3/31/08)
- Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Pleadings and in Support of Plaintiff's Motion for a Preliminary Injunction (3/31/08)
- Declaration of Barbara Broughel
- Declaration of Barbara Hoffman
- Declaration of Frederieke Taylor
- Affidavit of Theodore Berger

Filed 4/17/2008:
- Memorandum of Law in Opposition to Defendant Weisz + Yoes' Motion for Judgment on the Pleadings and In Support of Plaintiff's Motion for A Preliminary Injunction
- Cross-Motion for a Preliminary Injunction
- Declaration of Barbara Broughel

THE HOFFMAN LAW FIRM

Honorable George B. Daniels
May 5, 2008
Page 2

The Court by endorsed Memo kindly permitted Plaintiff to reply to all Defendants' papers in opposition to their new motion for a preliminary injunction on May 9, 2003. Thus, the last set of papers will be hand delivered to the Court on that date.

Because Plaintiff will also be replying to the Answers of both Battery Conservancy and Weisz + Yoes on its motion for a preliminary injunction, Plaintiff respectfully requests leave to file a Memorandum of Law in Reply of twenty pages.

Respectfully submitted,

Barbara Hoffman

Enclosures

cc:   Margaret Pfeiffer *(via facsimile and email w/o enclosures)*
      Jarrett M. Behar *(via facsimile and email w/o enclosures)*
      Barbara Broughel *(via email)*