# THE HOFFMAN LAW FIRM
### 330 WEST 72ND STREET
### New York, New York 10023

*Telephone:* (212) 873-6200  *Facsimile:* (212) 974-7245

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| **DATE:** | May 10 2008 | | |
| **TO:** | Margaret Pfeiffer, Esq. | **FAX:** | 202.293.6330 |
| **CC:** | Jarrett M. Behar, Esq. | **FAX:** | 631.650.1207 |
| **RE:** | Barbara Broughel v. The Battery Conservancy, et al. 1:07-cv-7755 | | |

NO. OF PAGES (INCLUDING TRANSMITTAL) 3

MESSAGE/SPECIAL INSTRUCTIONS:

My assistant had a problem e filing we will speak to the Court first thing on Monday and file. In the interim so that you are not disadvantaged I am sending the documents without exhibits as they will not fax. I apologize but I myself do not word process or know anything about computer filing

With profound apology,

Sincerely yours,
Barbara Hoffman

NOTE: This message is intended only for the use of the individual or entity to whom it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.