# EXHIBIT A

## Sea Glass Chandelier    prototype

