# EXHIBIT B




Sea Glass group
lighted Trigger Fish