# EXHIBIT C

Sea Glass group
light/dark studies with rider, center anemones














