# EXHIBIT D

Case 1:07-cv-07755-GBD   Document 58-5   Filed 05/12/2008   Page 1 of 4

**Broughel Design Elements appearing in Sea Glass Carousel video fly-through.**

Lighted sea-blue floor (included in initial proposal and subsequent designs)

Lighted resin forms (included in initial proposal and subsequent designs, and produced as a 3D maquette)

Enclosure and lighting scheme allowing for light/dark - day/night experience of lighted floor, lighted forms and film elements (included in initial proposal and subsequent designs)

Quiet sanctuary feel rather than amusement ride feel (included in initial proposal and subsequent designs)

Forms which are stationary rather than moving up and down (included in initial proposal and subsequent designs)

Removal of carousel ride poles and central pillar, for creation of a unified open landscape sensibility and unobstructed visibility of all figures from all angles (included in post-proposal designs)

A spectacular anemone form as the centerpiece (included in post-proposal designs)

Incorporation of seahorse, moray eel, snail, turtle, hammerhead, tang, whale, and cuttlefish sea-life forms (included in post-proposal designs)

Incorporation of film elements (included in initial proposal and subsequent designs)

Incorporation of variegated water patterns (which appears in films) (included in initial proposal and subsequent designs as flooring element)

Use of jellyfish forms (appears in films) (included in post-proposal designs as upper chandelier elements, and produced as a 3D prototype)

Sea Glass group

measurements (1/12th scale)





Sea Glass group
3-D model for open plan floor layout with at-scale figures