# EXHIBIT E

COMMUNITY BOARD #1 – MANHATTAN
RESOLUTION

DATE: APRIL 22, 2008

COMMITTEE OF ORIGIN: FINANCIAL DISTRICT

COMMITTEE VOTE:   9 In Favor    0 Opposed    0 Abstained    0 Recused
BOARD VOTE:      37 In Favor    0 Opposed    0 Abstained    0 Recused

RE:        Sea Glass Carousel

WHEREAS:   The Battery Conservancy has served the Lower Manhattan community since 1995 as a catalyst for rebuilding and revitalizing the Battery, and

WHEREAS:   The Conservancy honors and preserves the heritage of the Battery by rebuilding the park's landscape in a manner that is mindful of its historic past, and

WHEREAS:   The Conservancy is creating *SeaGlass,* a Carousel at the Battery that combines art, science and technology to enchant people of all ages through movement, light, sound, and

WHEREAS:   The aquatic theme of the carousel and surrounding pavilion recalls New York's first Aquarium that was located in Castle Clinton from 1896 to 1941, and

WHEREAS:   The carousel and pavilion are designed by the architecture firm of weisz + yoes architecture, a firm that incorporates the need for environmental conservation and sustainability into its work, and

WHEREAS:   George Tsypin Opera Factory is responsible for the production concept and design of the ride, and

WHEREAS:   $8 million in public funds have been raised, thus far, to construct *SeaGlass,* Carousel at the Battery, now

THEREFORE
BE IT
RESOLVED
THAT:      CB #1 fully supports the building of *SeaGlass* Carousel at the Battery, as a welcome amenity for children and people of all ages in Lower Manhattan, and

BE IT
FURTHER
RESOLVED
THAT:         The SeaGlass Carousel will provide amusement and education for all who visit the Battery and help to make the Battery a super-star destination in New York City's constellation of one-of-a-kind wonders, and

BE IT
FURTHER
RESOLVED
THAT:         CB #1 commends Warrie Price and all members of her staff responsible for this wonderful new Lower Manhattan attraction and looks forward to working with her on future improvements in and around the Battery.