# EXHIBIT 1

DALE MARTIN LANZONE

PROFESSIONAL EXPERIENCE

**INTERNATIONAL PUBLIC ART LTD. / MARLBOROUGH CHELSEA FINE ARTS**
New York, New York
President of International Public Art Ltd. and Director of Marlborough Chelsea Gallery (9/1/96 - to present)

**GENERAL SERVICES ADMINISTRATION (GSA),** Washington, DC
Public Buildings Service, Director Cultural and Environmental Affairs (4/10/87 - 7/21/96 Retired).

As the Director of Cultural and Environmental Affairs I had overall National responsibility for the acquisition, maintenance and conservation of contemporary American art for U.S. Government buildings managed by the General Services Administration. Additionally, I administered the General Services Administration's Historic Preservation Program which consisted of 900 buildings, a fine arts collection encompassing 9500 works of art, the agency's archeological programs, environmental quality program under the National Environmental Protection Act and those programs administered under the American Disabilities Act. I managed 16 professional staff members in Washington, two staff members in each of GSA's 11 regions, 2 contracted architectural firms, projects at Georgia Technical University and projects jointly managed by the National Park Service. Projects ranged in scale and complexity from a $11 million archeological project at the Foley Square Federal Office Building site in New York, NY to $3 million in art commissions for the International Trade and Cultural Center in Washington, D.C.

**NATIONAL PARK SERVICE,** Washington, DC
Special Assistant to the Director: Acted on behalf of and advised the Director and Deputy Director on all facets of National Park Service operations and activities (11/81/10/87).

**OFFICE OF THE SECRETARY OF INTERIOR,** Washington, DC
Special Assistant to the Assistant Secretary for Fish and Wildlife and Parks: Advised and assisted the Assistant Secretary in all facets of National Park Service operations and activities (5/85 - 11/85).

**HERITAGE CONSERVATION AND RECREATION SERVICE,** Washington, DC
Deputy Chief, Office of Preservation Policy (1/80 - 6/81);
Grants Manager/Architect, Division of Technical Preservation Services (2/77 - 1/80).

**STATE OF HAWAII,** Honolulu, Hawaii
Historic preservation specialist and historic preservation grants manager (2/74 - 11/76).

## SPECIAL APPOINTMENTS

**PRESIDENT'S ADVISORY COUNCIL ON HISTORIC PRESERVATION,**
Washington, DC
Appointed by the Administrator of the General Services Administration (4/94 - 7/95)

**PRESIDENT'S COMMITTEE ON THE ARTS AND HUMANITIES,** Washington, DC,
Committee member representing the Department of the Interior and the General Services Administration (6/85-7/95).

**NATIONAL BUILDING MUSEUM,** Washington, DC
Trustee, Representing General Services Administration (9/91 - 7/95)

**RESTON DESIGN REVIEW BOARD,** Reston Virginia
(1989-1995) Chairman (1991-1994)

## EDUCATION/MILITARY SERVICE

University of Hawaii, Graduate School of Architecture 1973 - 1975; California College of Arts and Crafts, B.F.A 1969, M.F.A. 1971: Indiana University, 1965 - 1967: U.S. Navy, 1960 - 1964.

## HONORS, AWARDS, FELLOWSHIPS AND PUBLICATIONS

General Services Administration's Administrator's Exceptional Service Award 1997, Commendable Service Award 1991, performance citations 1995, 1994, 1993, 1991, 1989, 1988; General Services Administration National Design Award Citations 1993, 1992; U.S. Department of the Interior Special Achievement Award 1987, 1984; U.S. Delegate to the International Committee for the Conservation of Monuments 1981, Rome Italy; Design Excellence Award for Graduate Student, Hawaii Chapter of the American Institute of Architecture 1975; Honorarium in Architectural Design, Hawaii Academy of the Arts 1975; Teaching Fellowship, California College of Arts and Crafts 1971; Honor Student, University of Indiana 1967. Lecturer on large scale landscape artworks spring 1996, Harvard University; Lectures fine art American University, Cooper Union, New York Academy of the Arts, California College of arts and Crafts, San Francisco Art institute and various State and local art organizations and associations.