# EXHIBIT 3



**The Battery Conservancy**
**Marine Life Carousel Figures**
**Call to Artists**
**Deadline:  January 26, 2004**

The Battery Conservancy seeks to commission an artist or a team of artists to design and participate in the fabrication and installation of 28 figures plus 2 chariots for the Battery Carousel.  This one-of-a-kind feature is being designed to create the sensation of an underwater experience that recalls the first Aquarium, which was located in Castle Clinton from 1896-1941.

**Background:**  As the birthplace of New York, the Battery's history is colorful and varied.  The park is at the confluence of the Hudson and East Rivers where the earliest Dutch settlers landed in 1623, and where the first "battery" of cannons was erected to defend New Amsterdam. Castle Clinton, the circular fort, was built in anticipation of the War of 1812, a decade later it was renamed Castle Garden and was transformed into the city's premier cultural center.  By 1855 successive landfills had enlarged the Park to encompass Castle Garden and the structure became America's first immigrant receiving center, welcoming 7 million people before it was succeeded by Ellis Island.  In 1896, the Castle was converted into the city's first public aquarium until its partial demolition in 1941.

The Battery Conservancy, a not-for-profit educational corporation, was created in 1994 to revitalize Battery Park and renew the spirit of Castle Clinton National Monument, the park's major landmark.  The Conservancy's goals are to return the Battery to its historic role as a center of downtown cultural life and to create a vibrant urban landscape on the waterfront that honors its heritage and inspires its four million annual visitors.

The first renovation phase focusing on the waterfront is complete with the opening of the Dewey Promenade in May 1998, and *River That Flows Two Ways;* Wopo Holup's seawall railing, installed in June 2000, that depicts the cultural and natural history of the Battery.  The reconstruction of the Upper Promenade that parallels the Dewey Promenade was completed in December 2001.  The Perimeter/Bikeway along State Street and Battery Place is currently in design development.  Castle Clinton is undergoing planning for an adaptive reuse.  The Bosque area of the park, where the carousel will be located, is the next phase to begin renovation with an expected completion date of 2004.

**Project Description**:  The carousel is being designed by the architecture firm of Weiss + Yoes and is envisioned as a beacon, attracting people through movement, sound, light and fun.  The aquatic theme recalls New York's first Aquarium that was located in Castle Clinton from 1896 to 1941, when it was moved to Coney Island.  The carousel will feature 30 figures cast in resin representing a selection of marine life that was displayed in the original Aquarium.  The specifications for the aquarium figures are being developed and qualified carousel fabricators are being identified.  Light, sound and other artistic features will also be developed.

Schematic design is advancing along with fundraising efforts for the privately funded feature.  The entire project budget is anticipated to be $1.5 million to $2 million.  Design and fabrication of the figures is estimated to be $10,000 to $20,000 each.

**Artist Selection Process:**  The Conservancy has engaged public art consultant and curator Jennifer McGregor to organize the artist selection process.  An advisory committee has been formed to review the submissions and recommend three to five artists to submit proposals. Finalists will be sent a

comprehensive briefing package and are required to attend a site visit.  An honorarium of $1,000 will be awarded to the finalists upon submission of the proposals.  The Battery Conservancy will make its final decision based on the advisory committee's comments and recommendations, using the following selection criteria as a guide.

**Selection Criteria**:  Artistic Excellence
Ability to work collaboratively with the client, design team and fabricators
Successful experience with comparable projects
Appropriateness and excitement generated by proposed approach

| **Calendar**: | | |
|---|---|---|
| | Submission Deadline | January 26, 2004 |
| | Notification of Finalists | late January |
| | Finalists Proposals Due | March 19, 2004 |

**Artist Eligibility:**  All professional artists are encouraged to apply.  Artists may submit as a team using one application and including up to 10 slides for each team member.

Application Checklist
1. Completed application form that includes the names of two references who can speak about your work.
2. Up to ten 35mm slides of previous work in a plastic slide sheet.  Slides should be labeled individually with the artist's name and a number that corresponds with the slide list description.
3. A numbered slide list that indicates the work's title, medium, date, location, name of client or commissioning agency where applicable, and cost.
4. A current resume that includes any commissions that you have received
5. A self-addressed stamped envelope that is large enough to enclose all the submitted materials and has enough postage to cover return mailing.

Please do not send:
- materials larger than 8 1/2 x 11"
- original artwork
- large format transparencies
- video tapes or CD's

Application Deadline January 26, 2004
All applications must be received at the Battery Conservancy's office by 4:00 pm.  Late or incomplete applications will not be accepted.  Electronic applications will not be accepted.  For deliveries by hand, the regular office hours are 9:30 am to 5:30 pm.

Address applications to:        Battery Carousel Project
The Battery Conservancy
One New York Plaza, Concourse Level
New York, NY  10004
212-344-3491


**Questions may be addressed to Jennifer McGregor by email jennifermcgregor@earthlink.net or by fax 212-344-3496. Please include a daytime phone number and email address with your query.**

**Battery Carousel Application**

Artist Name:_____

Other team members or collaborators (if applicable):_____

Mailing Address: _____

Telephone: _____    Fax: _____

Email: _____    website: _____

*Use back side or separate sheet if necessary to answer questions*
What interests you most about this project?

What project or experience prepares you most for working on the Battery Carousel?

Names of two people who can speak about your work:

1. _____ phone (___)_____ email _____

2. _____ phone (___)_____ email _____

**Deadline January 26, 2004** - All applications must be received at the Battery Conservancy's office by 4:00pm.  Late or incomplete applications will not be accepted.  Electronic applications will not be accepted.  For deliveries by hand, the regular office hours are 9:30 to 5:30.

**Application Checklist**
- Completed application form
- Up to ten 35mm labeled slides of previous work in a plastic slide sheet
- A numbered slide list with the title, medium, date, location, name of client and cost (if applicable)
- A current resume that includes any commissions that you have received
- An SASE, large enough to enclose the materials and with enough postage to cover return mailing.

Battery Carousel Project
The Battery Conservancy
One New York Plaza, Concourse Level
New York, NY  10004
212-344-3491



Conceptual design by Weisz + Yoes for The Battery Conservancy 2003



Conceptual design by Weisz + Yoes for The Battery Conservancy 2003

# BATTERY CAROUSEL



## AQUATIC SPECIES *FOR THE* BATTERY CAROUSEL

**FRESHWATER** · **FISH** · CATFISH · SPADEFISH · SUCKER · HORNED · POUT ·
QUILLBACK · SUCKER · **MARINE** · **FISH** · BLACK · ANGELFISH · BLUE ·
ANGELFISH · FRENCH · ANGELFISH · SQUIRRELFISH · SKATE · PORGY · TRUNK ·
**MAMMAL** · DOLPHIN · MANATEE · **REPTILE** · TURTLE · **INVERTEBRATE** ·
CRAYFISH · STARFISH