USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 1 6 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BARBARA BROUGHEL,

                                  ORDER
                              07 Civ. 07755 (GBD)

                Plaintiff,

      -against-

THE BATTERY CONSERVANCY and WARRIE
PRICE, et al.,

                Defendants.
------------------------------------------------------------x

GEORGE B. DANIELS, District Judge:

      Plaintiff's motion for a preliminary injunction is denied.

      Defendants' motion to strike or exclude plaintiff's reply memorandum in support of

plaintiff's motion for a preliminary injunction is denied as moot.

Dated: New York, New York
       May 15, 2008

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge