EIGHTH FLOOR
1701 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JUN 0 9 2008

June 3, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**
JUN 0 5 2008

By Facsimile and Hand Delivery

Honorable George B. Daniels,
   United States District Judge,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street, Room 630,
            New York, New York 10007.

> Re: *Broughel v. The Battery Conservancy and Warrie Price, et al.*
> 1:07-cv-7755

Dear Judge Daniels:

Please take notice that I hereby withdraw my appearance in the above action as counsel to Defendants The Battery Conservancy and Warrie Price. Please instruct the Clerk of the Court to remove me from the service list in this action.

Respectfully submitted,

*Susan*

Susan Kaufmann Nash

cc:   Barbara T. Hoffman, Esq. (by facsimile)
      Jarrett M. Behar, Esq. (by e-mail)
      Ms. Warrie Price (by e-mail)
      Ms. Pat Kirshner (by e-mail)