BARBARA HOFFMAN (BH 8931)
The Hoffman Law Firm
330 West 72nd Street
New York, New York 0023
(212) 873-6200  (phone)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BARBARA BROUGHEL

    Plaintiff,

   v.

THE BATTERY CONSERVANCY, WARRIE
PRICE, CLAIRE WEISZ AND MARK YOES,
"DBA" WEISZ + YOES

    Defendants.

**NOTICE OF APPEAL**

Civ. 07-cv-7755 (GBD)

ECF Case

---

  Notice is hereby given that Barbara Broughel hereby appeals to the United States Court of
Appeals for the Second Circuit from the Motion to Reconsider, entered in this action on the 14th day
of September, 2010, and the Decision and order dated  March 16, 2010, both of which are attached
hereto.

          Respectfully submitted,

Date: October 14, 2010

          Barbara Hoffman, Esq. (BH 8931)
          The Hoffman Law Firm
          330 West 72nd Street
          New York, New York 10023
          (212) 873-6200