UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Broughel,

                Plaintiff,

     -against-

The Battery Conservancy,

                Defendant.

------------------------------------x

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 22 OCT 2010

07 CV 7755 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

After this Court granted Defendant's Motion for Judgment on the Pleadings and denied Plaintiff's Motion for Leave to file an Amended Complaint, the only claim remaining is Defendant's $20,000 state law breach of contract counterclaim.

Pursuant to 28 U.S.C. § 1367(c)(3), this Court declines to exercise supplemental jurisdiction over this state law claim. Defendant's counterclaim is dismissed without prejudice. Final judgment is entered dismissing this case in its entirety. The Clerk of the Court is ordered to close the case.

Dated: October 21, 2010
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge