07cv7755(GBD)

**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 29th day of October, two thousand and ten.

_____

Barbara Broughel,

*Plaintiff-Counter-Defendant - Appellant*,

v.

The Battery Conservancy, Warrie Price,

*Defendants-Counter-Claimants - Appellees*,

and,

Claire Weiz, DBA Weisz Yoes, Mark Yoes, DBA Weisz Yoes,

*Defendants - Appellees*.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct. 29, 2010

**ORDER**
Docket No. 10-4139

IT IS HEREBY ORDERED that the Appellant's motion to withdraw the appeal with prejudice is GRANTED.

FOR THE COURT,
Catherine O'Hagan Wolfe,
Clerk

*[signature: Catherine O'Hagan Wolfe]*

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

MANDATE ISSUED ON 10/29/2010