**MANDATE**

1 : 07-cv-7755
Trial Judge: George B. Daniels

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of March, two thousand and eleven,

_____

Barbara Broughel,

Plaintiff -Counter-Defendant - Appellant,

v.

The Battery Conservancy, Warrie Price, Claire Weiz, DBA Weisz Yoes, Mark Yoes,

Defendants -Counter-Claimant- Appellees.

_____

**ORDER**
Docket Number: 10-4512

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MARCH 04, 2011

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42. Each party has submitted a separate electronically signed counterpart reflecting the negotiated terms of the stipulation.

The stipulations are hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/04/2011